**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Nava Health MD, Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | AKA NAVA Health and Vitality Center, NAVA Health and/or NAVA Labs<br>FKA NAVA Maryland, LLC<br>FKA NAVA Management, LLC<br>FKA NAVA Health MD, LLC |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 32-0416441 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8316 Arlington Boulevard<br>Suite 206<br>Fairfax, VA 22031<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Fairfax<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL) _____

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Nava Health MD, Inc.                                                    Case number (*if known*)
_____
Name

**7.**  **Describe debtor's business**    A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_4561_

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

|  | District | When | Case number |
|---|---|---|---|
|  | _____ | _____ | _____ |
|  | District | When | Case number |
|  | _____ | _____ | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

|  | Debtor | | Relationship | |
|---|---|---|---|---|
|  | _____ | | _____ | |
|  | District | When | Case number, if known | |
|  | _____ | _____ | _____ | |

| Debtor | Nava Health MD, Inc. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Nava Health MD, Inc.         Case number (*if known*) _____
_____
     Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 1, 2026__
            MM / DD / YYYY

**X** /s/ Bernaldo Dancel _____        Bernaldo Dancel _____
     Signature of authorized representative of debtor        Printed name

Title    CEO _____

---

**18. Signature of attorney**

**X** /s/ Kevin ODonnell _____      Date   __March 1, 2026__
     Signature of attorney for debtor                MM / DD / YYYY

Kevin ODonnell _____
Printed name

Henry and ODonnell PC _____
Firm name

5791 Bush Hill Drive
Alexandria, VA 22314 _____
Number, Street, City, State & ZIP Code

Contact phone   (703) 861-2662 _____    Email address    kmo@henrylaw.com _____

VA _____
Bar number and State

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Nava Health MD, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF VIRGINIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 1, 2026          **X** /s/   Bernaldo Dancel
                                      Signature of individual signing on behalf of debtor

                                      Bernaldo Dancel
                                      Printed name

                                      CEO
                                      Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Nava Health MD, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advanced Heating & Cooling, LLC 11460 Crownridge Drive, Suite 110 Owings Mills, MD 21117 | | Liability Under Construction Contract for: | | | | $113,705.00 |
| AMCAP Ballantyne LLC 300 Galleria Pkwy, 12th Floor Atlanta, GA 30339 | | Lease of Retail location | Contingent Unliquidated | | | $218,080.00 |
| Country Glen LLC 143 Old Country Road Carle Place, NY 11514-1805 | | Lease of Retail location | Contingent Unliquidated | | | $350,000.00 |
| DDR Southeast Fountains LLC 3300 Enterprise Parkway Beachwood, OH 44122 | | Trade Account | | | | $193,633.44 |
| HBW Construction 1055 First St, Suite 200 Rockville, MD 20850 | | Construction Costs | | | | $2,164,571.44 |
| Hunt Valley Towne Centre LLC 3904 Boston St, Suite 402 Baltimore, MD 21224 | | Lease of Retail location | Contingent Unliquidated | | | $239,138.26 |
| ICC Construction Services, Inc. 3280 Sunrise Hwy, Suite 56 Wantagh, NY 11793 | | Construction costs | | | | $625,236.38 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Nava Health MD, Inc. | | Case number (if known) | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| KRG Oak Brook Promenade I, LLC 13068 Collections Center Drive Chicago, IL 60693-0130 | | Lease of Retail location | Contingent Unliquidated | | | $365,786.10 |
| KRG Parkside II LLC PO Box 743806 Atlanta, GA 30374 | | Lease of Retail location | Contingent Unliquidated | | | $213,098.87 |
| Marlin Leasing Corporation dba PEAC Solu 300 Fellowship Road Mount Laurel, NJ 08054 | | Hydrafacial, (2) Gull Spectrum, Emscuplt NEO | | $177,307.86 | $43,200.00 | $134,107.86 |
| Milelli Madison SBP LLC 900 Lanidex Plaza, Suite 113 Parsippany, NJ 07054 | | Lease of Retail location | Contingent Unliquidated | | | $409,880.82 |
| Montvale Development Associates 10 Sterling Blvd, Suite 401 Englewood, NJ 07631 | | Lease of Retail location | Contingent Unliquidated | | | $141,244.00 |
| Old Forge Builders, Inc. 516 New Jersey 33, Bldg 2, Suite 2 Millstone Township, NJ 08535 | | Liability Under Construction Contract | | | | $1,164,144.50 |
| Penn Florida Realty, L.P. 725 Conshohocken State Road Bala Cynwyd, PA 19004 | | Lease of Retail location | Contingent Unliquidated | | | $271,932.00 |
| PRLHC Annapolis Towne Centre at Parole 1 P.O. Box 9420 New York, NY 10087 | | Lease obligation | | | | $253,190.00 |
| Regency Centers Corporation 26 Church Lane, 2nd Floor Westport, CT 06880 | | Lease Liability | | | | $698,554.67 |

| Debtor | Nava Health MD, Inc. | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Steven Kahle Architects, Inc. 47 Randall Street, Suite 2 Annapolis, MD 21401 | | Construction costs | | | | $831,272.20 |
| The Janet H. Kennedy Revocable Trust 1950 Tarpon Road Naples, FL 34102 | | Note payable | | | | $226,444.44 |
| Wayne Pope Jr 700 Appomattox Rd W Davidsonville, MD 21035 | | Trade Account | | | | $116,141.67 |
| WS Asset Management, Inc. 33 Boylston Street, Suite 3000 Chestnut Hill, MA 02467 | | Trade Account | | | | $194,507.74 |

**Fill in this information to identify the case:**

Debtor name    Nava Health MD, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................................    $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $      4,489,972.50

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $      4,489,972.50

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      5,151,906.32

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................    $      90,724.08

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      11,176,545.93

4.   **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b                     $      16,419,176.33

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Nava Health MD, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Checking/Operating Account at First National Bank | Checking | 8092 | $4,060.14 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $4,060.14

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Security Deposit - Borough of Montvale | $7,000.00 |
|---|---|---|
| 7.2. | Security Deposit - Country Glen, LLC | $78,125.00 |
| 7.3. | Security Deposit - Milelli Madison SBP | $75,000.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Nava Health MD, Inc.                                    Case number *(If known)* _____
       Name

| | | |
|---|---|---:|
| 7.4. | Security Deposit - AMCAP Charlotte | $54,400.00 |
| 7.5. | Security Deposit - Chestnut Hill Shopping Ctr., MA | $50,000.00 |
| 7.6. | Security Deposit - Penn Fed Realty (Springhouse Shopping Center PA) | $15,300.00 |
| 7.7. | Security Deposit - Greenberg Gibbons (Hunt Valley) | $19,464.82 |

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | License - Dynafire LLC | $233.58 |
| 8.2. | Pre-Paid insurance - The Hartford Corp. Insurance | $5,782.96 |

**9.**     **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

                                                    $305,306.36

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

| Debtor | Nava Health MD, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Therapy Equipment | $371,151.84 | | Unknown |
| (2) Inmode Optimas Laser machines | $70,666.00 | | $30,000.00 |
| Hydrafacial, (2) Gull Spectrum, Emscuplt NEO | $148,295.00 | | $43,200.00 |
| 50 Dream Seat HT Recliners | $38,295.00 | | Unknown |
| Hydrafacial, Wavi, Gull Spectrum | $42,025.00 | | $8,630.00 |
| Hydrafacial, Equiscope, Full Spectrum, Wavi | $71,869.00 | | $14,650.00 |

**51.  Total of Part 8.**
Add lines 47 through 50.   Copy the total to line 87.

| $96,480.00 |
|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   Nava Health MD, Inc.                                    Case number *(If known)* _____
_____
Name

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** Proprietary Software and IP | $0.00 | | Unknown |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                    $0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 2024 Federal and State NOL     Tax year  2024 | $4,084,126.00 |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Nava Health MD, Inc.
_____        Case number *(If known)* _____
          Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                              | $4,084,126.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | Nava Health MD, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,060.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $305,306.36 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $96,480.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,084,126.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,489,972.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,489,972.50 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name    Nava Health MD, Inc. |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** Crestmark Vendor Finance

Creditor's Name

5480 Corporate Drive, Suite 350
Troy, MI 48098-2642

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2022

**Last 4 digits of account number**
0631

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
(2) Inmode Optimas Laser machines

Describe the lien
Equipment loan

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$99,718.38     $30,000.00

**2.2** Decathlon Specialty Finance LLC

Creditor's Name

1441 West Ute Blvd, Suite 240
Park City, UT 84098

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor and its relative priority.

Describe debtor's property that is subject to a lien
Blanket Lien on All Assets

Describe the lien
Loan Payable

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,169,173.63     $0.00

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Decathlon Specialty Finance LLC | Describe debtor's property that is subject to a lien | $468,994.51 | $0.00 |
|---|---|---|---|---|

Creditor's Name

1441 West Ute Blvd, Suite 240
Park City, UT 84098

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Blanket lien on all assets

**Describe the lien**
Accrued Interest on Loan

Creditor's email address, if known

**Date debt was incurred**
2023
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Marlin Leasing Corporation dba PEAC Solu | Describe debtor's property that is subject to a lien | $177,307.86 | $43,200.00 |
|---|---|---|---|---|

Creditor's Name

300 Fellowship Road
Mount Laurel, NJ 08054

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Hydrafacial, (2) Gull Spectrum, Emsculpt NEO

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2024
**Last 4 digits of account number**
0838

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Marlin Leasing Corporation dba PEAC Solu | Describe debtor's property that is subject to a lien | $43,462.51 | Unknown |
|---|---|---|---|---|

Creditor's Name

300 Fellowship Road
Mt. Laurel, NJ 08054

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
50 Dream Seat HT Recliners

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2024
**Last 4 digits of account number**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

0216

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Marlin Leasing Corporation dba PEAC Solu | | $110,935.37 | $8,630.00 |
|-----|------------------------------------------|--|-------------|-----------|

Creditor's Name

300 Fellowship Road
Mount Laurel, NJ 08054

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2024

**Last 4 digits of account number**
2549

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Hydrafacial, Wavi, Gull Spectrum

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Marlin Leasing Corporation dba PEAC Solu | | $82,314.06 | $14,650.00 |
|-----|------------------------------------------|--|------------|------------|

Creditor's Name

300 Fellowship Road
Mount Laurel, NJ 08054

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2024

**Last 4 digits of account number**
5000

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Hydrafacial, Equiscope, Full Spectrum, Wavi

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $5,151,906.32 |
|----|---------------------------------------------------------------------------------------------------------------|----------------|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---------------------|-------------------------------------------------------------|-------------------------------------------------|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    Nava Health MD, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>Alexis Gaus<br>909 Yale Street<br>Cumberland, MD 21502 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,207.68 | $6,207.68 |
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Bernaldo Dancel<br>9287 Pearch Lane<br><br>Boynton Beach, FL 33437 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,399.51 | $9,399.51 |
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>Breanne Dancel<br>1518 Fenton Drive<br>Delray Beach, FL 33445 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,679.63 | $1,679.63 |
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Nava Health MD, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**2.4** | Priority creditor's name and mailing address
Brock Dean
107 Sussex Pl
Shrewsbury, PA 17361

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,785.69     $5,785.69

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
Brooke Hanauer
1150 Balsam Cir
Sykesville, MD 21784

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,157.05     $3,157.05

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
Chloe DeMayo
8101 Needwood Rd, Apt 101
Derwood, MD 20855

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,540.07     $2,540.07

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.7** | Priority creditor's name and mailing address
Christine Frank
13351 Grinstead Court
Sykesville, MD 21784

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,372.90     $6,372.90

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address
Cole Gerardi
13500 Orion Drive
Dayton, MD 21036

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,724.25     $2,724.25

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.9 | Priority creditor's name and mailing address<br>Denise Donnells<br>2029 Hackberry Road<br>Essex, MD 21221 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,162.08 | $3,162.08 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>Emily Elliott<br>8719 Jenifer Road<br>Parkville, MD 21234 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,175.04 | $3,175.04 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address<br>Hyun S. Park<br>7200 Downing Court<br>Clarksville, MD 21029 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,892.82 | $9,892.82 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>Jodi Usher<br>207 147th Street NE<br>Bradenton, FL 34212 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,453.83 | $6,453.83 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br>Kimberly Schuster<br>38 Parkhill Pl<br>Nottingham, MD 21236 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,394.79 | $3,394.79 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2026 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.14** | Priority creditor's name and mailing address
Kristen Curtin
8862 Thames River Drive
Boca Raton, FL 33433

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,315.15   $4,315.15

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.15** | Priority creditor's name and mailing address
Nicole Ross
7564 Kemp Lane
Frederick, MD 21702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,501.59   $5,501.59

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address
Robert Coen
101 Linden Blvd
Middletown, MD 21769

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,963.89   $4,963.89

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address
Romina Garrido
5426 Phelps Luck Dr
Columbia, MD 21045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,304.59   $3,304.59

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address
Tammy Muir
1340 Jay Road
Sykesville, MD 21784

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,823.41   $1,823.41

Date or dates debt was incurred
2026

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,490.80 | $2,490.80 |
|---|---|---|---|---|
| | Winnie Moktoi | *Check all that apply.* | | |
| | 415 Forest Bridge Ct | ☐ Contingent | | |
| | Laurel, MD 20724 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☒ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,010.96 | $2,010.96 |
|---|---|---|---|---|
| | Zachary Dancel | *Check all that apply.* | | |
| | 8300 Cleary Blvd | ☐ Contingent | | |
| | Apt 400 | ☐ Unliquidated | | |
| | Fort Lauderdale, FL 33324 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 2026 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☒ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,368.35 | $2,368.35 |
|---|---|---|---|---|
| | Zoey Branford | *Check all that apply.* | | |
| | 9652 White Acre Rd | ☐ Contingent | | |
| | Columbia, MD 21045 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 2026 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☒ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113,416.67 |
|---|---|---|---|
| | 2021 Gift Trust FBO Monica M.A. Fabi | | |
| | 4620 Azalea Drive | ☐ Contingent | |
| | Naples, FL 34119 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** 2024 | **Basis for the claim:** Note payable | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,759.75 |
|---|---|---|---|
| | Absorb Software Inc | | |
| | 150 W University Dr. | ☐ Contingent | |
| | Florida, AZ 85281 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Trade Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$61,579.23**

ADT Commercial
1501 Yamato Road
Boca Raton, FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Trade Account

**Last 4 digits of account number** 8773

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$74,750.00**

Advanced Heating & Cooling
11460 Crownridge Drive, Suite 110
Owings Mills, MD 21117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Liability Under Construction Contract for:

**Last 4 digits of account number** 5808

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$113,705.00**

Advanced Heating & Cooling, LLC
11460 Crownridge Drive, Suite 110
Owings Mills, MD 21117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Liability Under Construction Contract for:

**Last 4 digits of account number** 5708

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,536.80**

Air Aroma USA Dist LLC
251 West 39th Street, Level 8
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Trade Account

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,395.00**

Airsouth Mechanical, Inc.
1055 E 35th St
Hialeah, FL 33013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade Account

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,595.00**

Alias Intelligence
PO Box 741
Teaneck, NJ 07666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Trade Account

**Last 4 digits of account number** 1785

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,379.09**

Amazon Capital Services, Inc.
PO Box 035184
Seattle, WA 98124-5184

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Trade Account

**Last 4 digits of account number** AN98

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$218,080.00**

AMCAP Ballantyne LLC
300 Galleria Pkwy, 12th Floor
Atlanta, GA 30339

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Lease of Retail location

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No    ☐ Yes

---

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.11** Nonpriority creditor's name and mailing address
Angela and Alfred Altimont
18268 Wickham Road
Olney, MD 20832

Date(s) debt was incurred  2024
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Note payable
Is the claim subject to offset?  ☒ No   ☐ Yes

$55,736.11

**3.12** Nonpriority creditor's name and mailing address
Annapolis Town Center
P.O. Box 9420
New York, NY 10087

Date(s) debt was incurred  2024
Last 4 digits of account number  NAVA

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Lease of Commercial Space
Is the claim subject to offset?  ☒ No   ☐ Yes

$43,060.66

**3.13** Nonpriority creditor's name and mailing address
Anthony Romaniello
3852 Southern Orchard Road W
Davie, FL 33328

Date(s) debt was incurred  2024
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Note payable
Is the claim subject to offset?  ☒ No   ☐ Yes

$56,638.89

**3.14** Nonpriority creditor's name and mailing address
AppRiver, LLC
PO Box 749665
Atlanta, GA 30374-9665

Date(s) debt was incurred  2025
Last 4 digits of account number  2511

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Account
Is the claim subject to offset?  ☒ No   ☐ Yes

$40,277.40

**3.15** Nonpriority creditor's name and mailing address
AT&T
PO Box 6416
Carol Stream, IL 60197-6416

Date(s) debt was incurred  2026
Last 4 digits of account number  1756

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No   ☐ Yes

$724.08

**3.16** Nonpriority creditor's name and mailing address
BDG Sun-Vet, LLC
Regency Centers Corporation
One Independent Drive, Suite 114
Jacksonville, FL 32202

Date(s) debt was incurred  2024
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Lease of Retail location
Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

**3.17** Nonpriority creditor's name and mailing address
Beattie Padovano LLC
200 Market Street, Suite 401
Montvale, NJ 07645

Date(s) debt was incurred  2025
Last 4 digits of account number  1259

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Account
Is the claim subject to offset?  ☒ No   ☐ Yes

$1,725.50

**3.18** Nonpriority creditor's name and mailing address
BLW Engineers, Inc.
P.O. Box 1551
Littleton, MA 01460

Date(s) debt was incurred  2024
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Account
Is the claim subject to offset?  ☒ No   ☐ Yes

$5,440.00

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56,625.00**

BSN Management, LLC
16202 Camden Lakes Circle
Naples, FL 34110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Note payable

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,312.80**

Cherry Bekaert
200 S 10th St Suite 900
Richmond, VA 23219-4064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Trade Account

**Last 4 digits of account number** 1094

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Chestnut Hill Shopping Center LLC
33 Boylston Street, Suite 3000
Chestnut Hill, MA 02467

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Lease of Retail location

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,914.10**

Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$350,000.00**

Country Glen LLC
143 Old Country Road
Carle Place, NY 11514-1805

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Lease of Retail location

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00**

CyraCom International
2650 E. Elvira Rd Suite 132
Tucson, AZ 85756

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade Account

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56,652.78**

David Morgan
222 Holdcombe Way
Lambertville, NJ 08530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Note payable

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$193,633.44**

DDR Southeast Fountains LLC
3300 Enterprise Parkway
Beachwood, OH 44122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Trade Account

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$66,984.00**

DeepScribe Inc.
82 2nd Street
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Trade Account

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$113,305.56**

Dimitrios and Tina Fragoyannis
10505 Rivers Bend Lane
Potomac, MD 20854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Trade Account

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,043.70**

DynaFire, LLC
109 Concord Dr, Ste B
Casselberry, FL 32707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Trade Account

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,479.50**

Dynamic Signs & Graphics
7201 ACC Boulevard, Suite 102
Raleigh, NC 27617

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Trade Account

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,818.24**

Encompass Onsite
2100 West Cypress Creek Road
Fort Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade Account

**Last 4 digits of account number** 0016

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34,147.00**

Faegre Drinker Biddle & Reathe LLP
NW 6139, PO Box 1450
Minneapolis, MN 55485-6139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade Account

**Last 4 digits of account number** 2484

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,349.00**

Forchelli Deegan Terrana LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, NY 11553

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Trade Account

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,469.85**

Fountains SC, LLC
814 Commerce Drive
Oak Brook, IL 60523

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Lease Obligation

**Last 4 digits of account number** 5788

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $56,402.78 |
|---|---|---|---|

Frank Manziano
3609 Santaren Court
Naples, FL 34119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Note payable_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,665.00 |
|---|---|---|---|

Gable
7440 Fort Smallwood Road
Baltimore, MD 21226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $90,219.58 |
|---|---|---|---|

Gateway Square LLC
NW 6139, PO Box 1450
Atlanta, GA 30384-4133

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Lease of Retail location_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

Gilmartin Group
60 E Sir Francis Drake Blvd., Suite 208
Larkspur, CA 94939

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $83,674.32 |
|---|---|---|---|

Gordon Feinblatt LLC
P.O. Box 746539, Suite 700
Atlanta, GA 30374-6539

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _9535_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,164,571.44 |
|---|---|---|---|

HBW Construction
1055 First St, Suite 200
Rockville, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Construction Costs_

**Last 4 digits of account number** _4457_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,510.00 |
|---|---|---|---|

Howard County Government
3430 Court House Drive
Ellicott City, MD 21041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Tax debt_

**Last 4 digits of account number** _5665_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $325,224.01 |
|---|---|---|---|

Hunt Valley Towne Centre LLC
3904 Boston St, Suite 402
Baltimore, MD 21224

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Lease of Retail location_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**
ICC Construction Services, Inc.
3280 Sunrise Hwy, Suite 56
Wantagh, NY 11793

**Date(s) debt was incurred**  2024

**Last 4 digits of account number**  0002

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Construction costs

Is the claim subject to offset?  ☒ No  ☐ Yes

$625,236.38

---

**3.44**

**Nonpriority creditor's name and mailing address**
ImageFIRST
PO Box 830460
Philadelphia, PA 19182-0460

**Date(s) debt was incurred**  2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Account

Is the claim subject to offset?  ☒ No  ☐ Yes

$67,477.33

---

**3.45**

**Nonpriority creditor's name and mailing address**
IMS Investor Relations
51 Locust Avenue, Suite 300
New Canaan, CT 06840

**Date(s) debt was incurred**  2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Account

Is the claim subject to offset?  ☒ No  ☐ Yes

$32,000.00

---

**3.46**

**Nonpriority creditor's name and mailing address**
Interplan LLC
220 E Central Pkwy Ste 4000
Altamonte Springs, FL 32701

**Date(s) debt was incurred**  2024

**Last 4 digits of account number**  5100

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Account

Is the claim subject to offset?  ☒ No  ☐ Yes

$21,602.00

---

**3.47**

**Nonpriority creditor's name and mailing address**
Jamestown PCS LP LB # 1823
PO Box 95000
Philadelphia, PA 19195

**Date(s) debt was incurred**  2025

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease of Retail location

Is the claim subject to offset?  ☒ No  ☐ Yes

$98,624.56

---

**3.48**

**Nonpriority creditor's name and mailing address**
Jeff and Alexis Byrnes
5922 Conway Road
Bethesda, MD 20817

**Date(s) debt was incurred**  2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Note payable

Is the claim subject to offset?  ☒ No  ☐ Yes

$56,583.33

---

**3.49**

**Nonpriority creditor's name and mailing address**
Jeffrey Allen Thompson & Robin Thompson
3061 Royal Gardens Avenue
Fort Myers, FL 33916

**Date(s) debt was incurred**  2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Note payable

Is the claim subject to offset?  ☒ No  ☐ Yes

$55,013.89

---

**3.50**

**Nonpriority creditor's name and mailing address**
Jones Lang LaSalle Americas Inc.
200 East Randolph Dr, 43 Floor
Chicago, IL 60601

**Date(s) debt was incurred**  2024

**Last 4 digits of account number**  5078

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Account

Is the claim subject to offset?  ☒ No  ☐ Yes

$967.50

---

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.51**

**Nonpriority creditor's name and mailing address**
KatzAbosch
P.O. Box 62388
Baltimore, MD 21264

**Date(s) debt was incurred**  2025

**Last 4 digits of account number**  8001

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Account

Is the claim subject to offset?  ☒ No  ☐ Yes

$8,591.75

---

**3.52**

**Nonpriority creditor's name and mailing address**
Kenneth and Donna Widmaier
164 Jackson Street
Denver, CO 80206

**Date(s) debt was incurred**  2024

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Note payable

Is the claim subject to offset?  ☒ No  ☐ Yes

$113,111.11

---

**3.53**

**Nonpriority creditor's name and mailing address**
Konica Minolta Business Solutions
DEPT. AT 952823
Atlanta, GA 31192-2823

**Date(s) debt was incurred**  2025

**Last 4 digits of account number**  6135

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,559.30

---

**3.54**

**Nonpriority creditor's name and mailing address**
KRG Oak Brook Promenade I, LLC
13068 Collections Center Drive
Chicago, IL 60693-0130

**Date(s) debt was incurred**  2025

**Last 4 digits of account number**  0011

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease obligation

Is the claim subject to offset?  ☒ No  ☐ Yes

$344.51

---

**3.55**

**Nonpriority creditor's name and mailing address**
KRG Oak Brook Promenade I, LLC
13068 Collections Center Drive
Chicago, IL 60693-0130

**Date(s) debt was incurred**  2024

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease of Retail location

Is the claim subject to offset?  ☒ No  ☐ Yes

$365,786.10

---

**3.56**

**Nonpriority creditor's name and mailing address**
KRG Parkside II LLC
PO Box 743806
Atlanta, GA 30374

**Date(s) debt was incurred**  2024

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease of Retail location

Is the claim subject to offset?  ☒ No  ☐ Yes

$213,098.87

---

**3.57**

**Nonpriority creditor's name and mailing address**
LeaseCrunch LLC
790 N Milwaukee Street, Suite 302
Milwaukee, WI 53202

**Date(s) debt was incurred**  2025

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Account

Is the claim subject to offset?  ☒ No  ☐ Yes

$2,646.00

---

**3.58**

**Nonpriority creditor's name and mailing address**
Lord Baltimore
3710 East Baltimore Street
Baltimore, MD 21224

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  2044

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ☒ No  ☐ Yes

$542.48

---

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,716.11

Lord Baltimore
3710 East Baltimore Street
Baltimore, MD 21224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _

**Last 4 digits of account number** _2035_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.71

Lord Baltimore
3710 East Baltimore Street
Baltimore, MD 21224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _

**Last 4 digits of account number** _2101_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,596.10

Lord Baltimore Uniform
3710 East Baltimore Street
Baltimore, MD 21224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _8081_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,733.85

M.D.S. Builders, Inc.
301 NW Crawford Boulevard, Suite 201
Boca Raton, FL 33432

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _1019_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,444.44

Matthew Marzano
2291 J and C Boulevard
Naples, FL 34109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Note payable_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,626.80

Mend VIP, Inc.
4767 New Broad Street
Orlando, FL 32814

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2026_

**Basis for the claim:** _

**Last 4 digits of account number** _alth_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,251.00

Mercy cleaning service es LLC
19212 Jamestown Drive
Hagerstown, MD 21742

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Trade Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Merritt-CCP, LLC
2066 Lord Baltimore Drive
Windsor Mill, MD 21244

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Lease of Retail location_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.67**

**Nonpriority creditor's name and mailing address**
Michael Reilly and Nina Tomei
4433 Prescott Lane
Naples, FL 34119

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset?  ☒ No   ☐ Yes

$55,861.11

---

**3.68**

**Nonpriority creditor's name and mailing address**
Milelli Madison SBP LLC
900 Lanidex Plaza, Suite 113
Parsippany, NJ 07054

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Lease of Retail location

Is the claim subject to offset?  ☒ No   ☐ Yes

$409,880.82

---

**3.69**

**Nonpriority creditor's name and mailing address**
Montvale Development Associates
10 Sterling Blvd, Suite 401
Englewood, NJ 07631

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Lease of Retail location

Is the claim subject to offset?  ☒ No   ☐ Yes

$141,244.00

---

**3.70**

**Nonpriority creditor's name and mailing address**
MOOD MEDIA-584381
2100 S Interstate 35 Frontage Road
Austin, TX 78704

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 8528

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset?  ☒ No   ☐ Yes

$8,950.35

---

**3.71**

**Nonpriority creditor's name and mailing address**
NexTech Systems, LLC
4421 West Boy Scout Boulevard
Tampa, FL 33607

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset?  ☒ No   ☐ Yes

$15,270.67

---

**3.72**

**Nonpriority creditor's name and mailing address**
Nicholas Novello
586 Captn Kate Court
Naples, FL 34110

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Note payable

Is the claim subject to offset?  ☒ No   ☐ Yes

$56,652.78

---

**3.73**

**Nonpriority creditor's name and mailing address**
Nixon Uniform Service & Medical Wear
500 Centerpoint Boulevard
New Castle, DE 19720

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset?  ☒ No   ☐ Yes

$6,482.25

---

**3.74**

**Nonpriority creditor's name and mailing address**
Old Forge Builders, Inc.
516 New Jersey 33, Bldg 2, Suite 2
Millstone Township, NJ 08535

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 3017

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Liability Under Construction Contract

Is the claim subject to offset?  ☒ No   ☐ Yes

$1,164,144.50

---

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.75** | **Nonpriority creditor's name and mailing address**
Orchard Software
701 CONGRESSIONAL BLVD, Suite 360
Carmel, IN 46032

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** N068

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Account
Is the claim subject to offset? ☒ No  ☐ Yes

$19,447.51

---

**3.76** | **Nonpriority creditor's name and mailing address**
Penn Florida Realty, L.P.
725 Conshohocken State Road
Bala Cynwyd, PA 19004

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Lease of Retail location
Is the claim subject to offset? ☒ No  ☐ Yes

$271,932.00

---

**3.77** | **Nonpriority creditor's name and mailing address**
PRLHC Annapolis Towne Centre at Parole 1
P.O. Box 9420
New York, NY 10087

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lease obligation
Is the claim subject to offset? ☒ No  ☐ Yes

$253,190.00

---

**3.78** | **Nonpriority creditor's name and mailing address**
Regency Centers Corporation
26 Church Lane, 2nd Floor
Westport, CT 06880

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lease Liability
Is the claim subject to offset? ☒ No  ☐ Yes

$698,554.67

---

**3.79** | **Nonpriority creditor's name and mailing address**
Rethink Innovations
77 Elbo Lane
Mount Laurel, NJ 08054

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Account
Is the claim subject to offset? ☒ No  ☐ Yes

$10,441.30

---

**3.80** | **Nonpriority creditor's name and mailing address**
Richard and Dori Carroll
2719 Crystal Way
Naples, FL 34119

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Note payable
Is the claim subject to offset? ☒ No  ☐ Yes

$56,694.44

---

**3.81** | **Nonpriority creditor's name and mailing address**
Richard Maffezzoli
2724 Crystal Way
Naples, FL 34119

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Note payable
Is the claim subject to offset? ☒ No  ☐ Yes

$56,625.00

---

**3.82** | **Nonpriority creditor's name and mailing address**
Sagemore Management Company, LLC
The Corporate Center at Sagemore
8000 Sagemore Drive, Suite 8201
Marlton, NJ 08053

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Lease of Retail location
Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.83** | **Nonpriority creditor's name and mailing address**
Salesforce.com Inc.
PO Box 203141
Dallas, TX 75320-3141

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** 8229

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

$6,118.20

---

**3.84** | **Nonpriority creditor's name and mailing address**
Salesforce.com Inc.
PO Box 203141
Dallas, TX 75320-3141

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** 8229

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$6,118.20

---

**3.85** | **Nonpriority creditor's name and mailing address**
Scout Services
490 Quail Ridge Drive
Westmont, IL 60559

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Note payable

Is the claim subject to offset? ☒ No ☐ Yes

$19,347.89

---

**3.86** | **Nonpriority creditor's name and mailing address**
Sean Cooke
113 Webbs Hill Road
Stanford, CT 06903

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Note payable

Is the claim subject to offset? ☒ No ☐ Yes

$28,270.83

---

**3.87** | **Nonpriority creditor's name and mailing address**
Signage Solutions
2231 S Dupont Drive
Anaheim, CA 92806

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

$35,206.57

---

**3.88** | **Nonpriority creditor's name and mailing address**
Stephen Ostaszewski
18 Clifford Avenue
Stanford, CT 06905

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Note payable

Is the claim subject to offset? ☒ No ☐ Yes

$28,291.67

---

**3.89** | **Nonpriority creditor's name and mailing address**
Stericycle
29338 Network Place
Chicago, IL 60673-1293

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** 7657

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

$254.60

---

**3.90** | **Nonpriority creditor's name and mailing address**
Stericycle
29338 Network Place
Chicago, IL 60673-1293

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** 2852

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No ☐ Yes

$3,229.74

---

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.91** | Nonpriority creditor's name and mailing address
Stericycle, Inc.
28883 Network Place
Chicago, IL 60673-1288

**Date(s) debt was incurred** 8479
**Last 4 digits of account number** 8479

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No  ☐ Yes

$529.78

---

**3.92** | Nonpriority creditor's name and mailing address
Sterling Cleaners
1333 Connecticut Ave NW, Lower Level
Washington, DC 20036

**Date(s) debt was incurred** 2023
**Last 4 digits of account number** ulcz

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$303.86

---

**3.93** | Nonpriority creditor's name and mailing address
Sterling Cleaners
1333 Connecticut Ave NW, Lower Level
Washington, DC 20036

**Date(s) debt was incurred** 2023
**Last 4 digits of account number** qqjz

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$275.88

---

**3.94** | Nonpriority creditor's name and mailing address
Sterling Cleaners
1333 Connecticut Ave NW, Lower Level
Washington, DC 20036

**Date(s) debt was incurred** 2023
**Last 4 digits of account number** 824c

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$148.50

---

**3.95** | Nonpriority creditor's name and mailing address
Sterling Cleaners
1333 Connecticut Ave NW, Lower Level
Washington, DC 20036

**Date(s) debt was incurred** 2023
**Last 4 digits of account number** 1uvl

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$125.93

---

**3.96** | Nonpriority creditor's name and mailing address
Steve Burkowsky and Anita Wonsang
3521 Sungari Court
Naples, FL 34119

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Note payable

Is the claim subject to offset? ☒ No  ☐ Yes

$55,875.00

---

**3.97** | Nonpriority creditor's name and mailing address
Steven Kahle Architects, Inc.
47 Randall Street, Suite 2
Annapolis, MD 21401

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Construction costs

Is the claim subject to offset? ☒ No  ☐ Yes

$831,272.20

---

**3.98** | Nonpriority creditor's name and mailing address
Stratus Building Solutions
250 Passaic Avenue, Suite 120
Fairfield, NJ 07004

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Account

Is the claim subject to offset? ☒ No  ☐ Yes

$11,883.78

---

| Debtor | Nava Health MD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,395.00**

Strive Pharmacy
c/o Jonathan M. Binstock
One Research Court, Suite 450
Rockville, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2024-2025

Basis for the claim:  Trade Account

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,857.00**

T D S Construction, Inc.
4239 63rd Street West
Bradenton, FL 34209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2024

Basis for the claim:  Trade Account

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$226,444.44**

The Janet H. Kennedy Revocable Trust
1950 Tarpon Road
Naples, FL 34102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2024

Basis for the claim:  Note payable

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,700.55**

The O'Keefe Group, LLC
P.O. Box 1240
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2025

Basis for the claim:  Trade Account

Last 4 digits of account number  8836

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,203.36**

Vestis
2680 Palumbo Drive
Lexington, KY 40509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2024

Basis for the claim:  Trade Account

Last 4 digits of account number  4106

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,833.07**

Waste Management of Maryland, Inc
PO Box 13648
Philadelphia, PA 19101-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2025

Basis for the claim:  Trade Account

Last 4 digits of account number  3004

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$119,700.00**

Wayne Pope Jr
700 Appomattox Rd W
Davidsonville, MD 21035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2024

Basis for the claim:  Trade Account

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,703.34**

Wolters Kluwer
PO Box 4349
Carol Stream, IL 60197-4349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2025

Basis for the claim:  Trade Account

Last 4 digits of account number  6640

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Nava Health MD, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $194,507.74 |
|---|---|---|---|

WS Asset Management, Inc.
33 Boylston Street, Suite 3000
Chestnut Hill, MA 02467

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2025__

**Basis for the claim:** Trade Account

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,552.00 |
|---|---|---|---|

Xp3 Talent Consulting, LLC
3533 Lakewinds Lane
Bumpass, VA 23024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** Trade Account

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 90,724.08 |
| **5b. Total claims from Part 2** | 5b. + | $ | 11,176,545.93 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 11,267,270.01 |

**Fill in this information to identify the case:**

Debtor name _Nava Health MD, Inc._

United States Bankruptcy Court for the: _EASTERN DISTRICT OF VIRGINIA_

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   Lease of Retail location in Charlotte, NC - Debtor has not occupied the property | |
| State the term remaining   10 years | |
| List the contract number of any government contract | Amcap Ballantyne LLC 300 Galleria Parkway, 12th Floor Atlanta, GA 30339 |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest   Lease of Retail location in Annapolis, MD | |
| State the term remaining   7 years | |
| List the contract number of any government contract | Annapolis Towne Centre at Parole LLC Fort Worth, TX 76107 Fort Worth, TX 76107 |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest   Lease of Retail location in Holbrook, NY - Debtor has not occupied the property | |
| State the term remaining   10 Years | |
| List the contract number of any government contract | BDG Sun-Vet, LLC Regency Centers Corp. One Independent Drive, Suite 114 Jacksonville, FL 32202 |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest   Lease of Retail location at Chestnut Hill, MA - Debtor has not occupied the property | |
| State the term remaining   10 years | |
| List the contract number of any government contract | Chestnut Hill Shopping Center LLC 33 Boylston Street, Suite 3000 Chestnut Hill, MA 02467 |

Debtor 1  Nava Health MD, Inc.
First Name        Middle Name        Last Name        Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest: Lease of Retail location in Carle Place, NY - Not occupied by Debtor

State the term remaining: 10 years

List the contract number of any government contract: _____

Country Glen LLC
c/o Murray H. Miller Management Co.
143 Old Country Road
Carle Place, NY 11514

**2.6.** State what the contract or lease is for and the nature of the debtor's interest: Lease of Retail location at Austin, TX - Debtor has not occupied the property

State the term remaining: 10 years

List the contract number of any government contract: _____

Gateway Square, LLC
4900 E Dublin Granville R, 4th Floor
Westerville, OH 43081

**2.7.** State what the contract or lease is for and the nature of the debtor's interest: Lease of Retail location in Hunt Valley, MD

State the term remaining: 3 years

List the contract number of any government contract: _____

Hunt Valley Towne Centre, LLC
3904 Boston St, Suite 402
Baltimore, MD 21224

**2.8.** State what the contract or lease is for and the nature of the debtor's interest: Lease of Retail Location - Boca Raton, FL

State the term remaining: 8 years

List the contract number of any government contract: _____

Jamestown PCS, LP
LB #1823
PO Box 95000
Philadelphia, PA 19195

**2.9.** State what the contract or lease is for and the nature of the debtor's interest: Lease of Retail location in Oak Brook, IL - Debtor has not occupied the property

State the term remaining: 10 years

List the contract number of any government contract: _____

KRG Oak Brook Promenade I, LLC
30 S. Meridian Street, Suite 1100
Indianapolis, IN 46204

Debtor 1  Nava Health MD, Inc.                                              Case number (if known)
_____                          _____
First Name       Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Retail location at Cary, NC<br>  - Debtor has not occupied the property | |
|---|---|---|---|
| | State the term remaining | 10 years | KRG Parkside II, LLC<br>Kite Realty Group<br>30 South Meridian, Suite 1100<br>Indianapolis, IN 46204 |
| | List the contract number of any government contract | _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Retail location in Boca Raton, FL | |
|---|---|---|---|
| | State the term remaining | 7 Years | Merritt-CCP, LLC<br>2066 Lord Baltimore Drive<br>Windsor Mill, MD 21244 |
| | List the contract number of any government contract | _____ | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Retail space in Madison, NJ<br>  - Not occupied by Debtor | |
|---|---|---|---|
| | State the term remaining | 10 years | Milelli Madison SBP LLC<br>900 Lanidex Plaza, Suite 113<br>Parsippany, NJ 07054 |
| | List the contract number of any government contract | _____ | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Retail location in Montvale, NJ | |
|---|---|---|---|
| | State the term remaining | 8 years | Montvale Development Associates, LLC<br>10 Sterling Boulevard, Suite 401<br>Englewood, NJ 07631 |
| | List the contract number of any government contract | _____ | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Management Services Agreement | |
|---|---|---|---|
| | State the term remaining | 5 years | NAVA Health Medical Group, LLC<br>8316 Arlington Boulevard<br>Suite 206<br>Fairfax, VA 22031 |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1 <u>Nava Health MD, Inc.</u>                                   Case number *(if known)* _____

   First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest — Lease of Retail location in Springhouse, PA - Debtor has not occupied the property | |
| State the term remaining — 10 year | Penn Florida Realty, L.P. |
| List the contract number of any government contract | 725 Conshohocken State Road PO Box 2087 Bala Cynwyd, PA 19004 |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest — Lease of Retail location in Marlton, NJ - Debtor has not occupied the property | |
| State the term remaining — 10 years | Sagemore Management Company, LLC |
| List the contract number of any government contract | c/o Davis Enterprises 8000 Sagemore Drive, Suite 8201 Marlton, NJ 08053 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name    Nava Health MD, Inc. |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA |
| Case number (if known)    _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Bernaldo and Constance Dancel | 9287 Pearch Lane Boynton Beach, FL 33437 | Annapolis Town Center | ☐ D _____ ☒ E/F ___3.12___ ☐ G _____ |
| 2.2 | Bernaldo and Constance Dancel | 9287 Pearch Lane Boynton Beach, FL 33437 | Hunt Valley Towne Centre LLC | ☐ D _____ ☒ E/F ___3.42___ ☐ G _____ |
| 2.3 | Bernaldo Dancel | 9287 Pearch Lane Boynton Beach, FL 33437 | Crestmark Vendor Finance | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___Nava Health MD, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $100,000.00 |
| For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other _____ | $2,900,000.00 |
| For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $6,000,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Nava Health MD, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached Listing of Disbursements | Nov. 27, 2025 - February 25, 2026 | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attached Listing | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Nava Health MD, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? <br> Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kevin M. O'Donnell <br> 300 N, Washington Street, Suite 604 <br> Alexandria, VA 22314 | | Feb. 23, 2026 | $37,500.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer? <br> Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | Nava Health MD, Inc. | Case number *(if known)* | |
|---|---|---|---|

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. 9755 Patuxent Woods Drive, Suite 100 Columbia, MD 21046 | Through July 2025 |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. NAVA Health Retail locations at: Fairfax, VA; Asburn, VA; Columbia, MD; Annapolis, MD | Health and Wellness Centers | variable |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. Retail locations at Fairfax, VA; Asburn, VA; Columbia, MD; Annapolis, MD. | **How are records kept?** *Check all that apply:* ☒ Electronically ☐ Paper |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Personal info including, name, address, contact information and social security number.Medical information relating to treatment or services provided.

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Ascend One Corporation 401K Plan | EIN: 52-1997029 |

Has the plan been terminated?
☒ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Nava Health MD, Inc. | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

Debtor    Nava Health MD, Inc.                                          Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Keith O'Donnell<br>9755 Patuxent Woods Drive<br>Suite 100<br>Columbia, MD 21046 | Feb. 2024 - April 2025 |
| 26a.2.   Laura Seegers<br>9755 Patuxent Woods Drive<br>Suite 100<br>Columbia, MD 21046 | Jan. 2024 - March 2025 |
| 26a.3.   Denise Donnells<br>8316 Arlington Boulevard, Suite 206<br>Fairfax, VA 22031 | December 1999 - Present |
| 26a.4.   BlueStone Services<br>9690 Deereco Road<br>Suite 500<br>Lutherville Timonium, MD 21093 | Feb. 2025 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Bernaldo Dancel<br>8316 Arlington Boulevard<br>Suite 206<br>Fairfax, VA 22031 | |

Debtor    Nava Health MD, Inc.                                                  Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Denise Donnells<br>8316 Arlington Boulevard<br>Suite 206<br>Fairfax, VA 22031 | |
| 26c.3. BlueStone Services<br>9690 Deereco Road<br>Suite 500<br>Lutherville Timonium, MD 21093 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Decathlon Specialty Finance, LLC<br>1441 West Ute Boulevard, Suite 240<br>Park City, UT 84098 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Internal Cap Table - Attached | | | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bernaldo Dancel | | President/CEO, sole director and shareholder. | 39% Direct and Indirect |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tammy Muir | | Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Zachary Dancel | | COO and shareholder | 5.68% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hyun Soo Park | | Chief Information Officer & shareholder | .04% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jodi Usher | | Chief HR Officer and shareholder | .02% |

Debtor    Nava Health MD, Inc.                                                    Case number *(if known)*

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Keith O'Donnell | | CFO | Thru April 1, 2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Suzanne Cobletz | Alexandria, VA | Chief Marketing Officer | Thru Feb. 28, 2025 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Bernaldo Dancel<br>8316 Arlington Boulevard<br>Suite 206<br>Fairfax, VA 22031<br><br>**Relationship to debtor**<br>CEO & Shareholder | 12 mos. Salary - $288,288.75 | March 2025 - February 2026 | Annual salary/income |
| 30.2. | Breane Dancel<br><br>**Relationship to debtor**<br>Relative of CEO | $46,234.22 | March 2025 - February 2026 | Payroll/Compensation |
| 30.3. | Zach Dancel<br><br>**Relationship to debtor**<br>Officer | $45,519.25 | March 2025 - February 2026 | Payroll/Compensation |
| 30.4. | Kristen Curtin<br><br>**Relationship to debtor**<br>Officer | $104,221.00 | March 2025 - February 2026 | Payroll/Compensation |
| 30.5. | Hyun Park<br><br>**Relationship to debtor**<br>Officer | $209,258.95 | March 2025 - February 2026 | Payroll/Compensation |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    Nava Health MD, Inc.                                      Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6. | Jodi Usher | $150,045.25 | March 2025 - February 2026 | Payroll/Compensation |
| | **Relationship to debtor**<br>Officer | | | |
| 30.7. | Suzanne Coblantz | $7,943.46 | March 2025 - February 2026 | Payroll/Compensation |
| | **Relationship to debtor**<br>Officer | | | |
| 30.8. | Keith O'Donnell | $7,338.21 | March 2025 - February 2026 | Payroll/Compensation |
| | **Relationship to debtor**<br>Officer | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      March 1, 2026

/s/   Bernaldo Dancel                                      Bernaldo Dancel
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

### Attachment to SOFA #3 - NAVA Health MD, LLC
### General Ledger
### November 27, 2025-February 24, 2026

| Distribution account | Transaction date | Transaction type | Name | Split account | Amount |
|---|---|---|---|---|---|
| Beginning Balance | | | | | |
| 1181 Nava Operating - First National Bank 3751 | 11/28/2025 | Expense | Ascend One | Management Fees | -1,000.00 |
| 1181 Nava Operating - First National Bank 3751 | 11/28/2025 | Expense | The Hartford | Corporate Insurance | -5,698.22 |
| 1181 Nava Operating - First National Bank 3751 | 11/28/2025 | Expense | BlueStone Services | Other Professional Fees | -9,000.00 |
| 1181 Nava Operating - First National Bank 3751 | 12/02/2025 | Expense | PAYLOCITY | Employee Health Benefits - Admin | -50.00 |
| 1181 Nava Operating - First National Bank 3751 | 12/02/2025 | Expense | Dominion Energy | Utility Expense | -266.02 |
| 1181 Nava Operating - First National Bank 3751 | 12/02/2025 | Expense | Dominion Energy | Utility Expense | -159.36 |
| 1181 Nava Operating - First National Bank 3751 | 12/02/2025 | Expense | | Utility Expense | -545.17 |
| 1181 Nava Operating - First National Bank 3751 | 12/03/2025 | Expense | FNB Wire fee | Bank Charges & Fees | -10.00 |
| 1181 Nava Operating - First National Bank 3751 | 12/03/2025 | Expense | AppRiver LLC | Software Expense | -12,900.67 |
| 1181 Nava Operating - First National Bank 3751 | 12/04/2025 | Expense | Conservice | Utility Expense | -480.71 |
| 1181 Nava Operating - First National Bank 3751 | 12/04/2025 | Expense | Bill.com fees | Dues & subscriptions | -99.51 |
| 1181 Nava Operating - First National Bank 3751 | 12/08/2025 | Expense | Comcast | Telephone- Fixed | -151.39 |
| 1181 Nava Operating - First National Bank 3751 | 12/08/2025 | Expense | FNB monthly bank fees | Bank Charges & Fees | -368.06 |
| 1181 Nava Operating - First National Bank 3751 | 12/09/2025 | Expense | FNB o/d fee | Bank Charges & Fees | -8.00 |
| 1181 Nava Operating - First National Bank 3751 | 12/10/2025 | Expense | FNB returned item fee | Bank Charges & Fees | -29.00 |
| 1181 Nava Operating - First National Bank 3751 | 12/15/2025 | Expense | Comcast | Telephone- Fixed | -214.35 |
| 1181 Nava Operating - First National Bank 3751 | 12/16/2025 | Expense | PAYLOCITY | Employee Health Benefits - Admin | -48.69 |
| 1181 Nava Operating - First National Bank 3751 | 12/16/2025 | Expense | FNB o/d fee | Bank Charges & Fees | -8.00 |
| 1181 Nava Operating - First National Bank 3751 | 12/16/2025 | Expense | FNB returned item fee | Bank Charges & Fees | -29.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1181 Nava Operating - First National Bank 3751 | 12/17/2025 | Expense | FNB returned item fee | Bank Charges & Fees | -29.00 |
| 1181 Nava Operating - First National Bank 3751 | 12/22/2025 | Expense | Comcast | Telephone- Fixed | -159.57 |
| 1181 Nava Operating - First National Bank 3751 | 12/22/2025 | Expense | Comcast | Telephone- Fixed | -214.35 |
| 1181 Nava Operating - First National Bank 3751 | 12/23/2025 | Expense | Intuit | Software Expense | -118.45 |
| 1181 Nava Operating - First National Bank 3751 | 12/26/2025 | Expense | FNB - wire fee | Bank Charges & Fees | -10.00 |
| 1181 Nava Operating - First National Bank 3751 | 12/26/2025 | Expense | AT&T | Telephone- Fixed | -74.90 |
| 1181 Nava Operating - First National Bank 3751 | 12/26/2025 | Expense | Ascend One | Management Fees | -1,500.00 |
| 1181 Nava Operating - First National Bank 3751 | 12/29/2025 | Expense | FNB - wire fee | Bank Charges & Fees | -10.00 |
| 1181 Nava Operating - First National Bank 3751 | 12/29/2025 | Expense | The Hartford | Corporate Insurance | -5,698.22 |
| 1181 Nava Operating - First National Bank 3751 | 01/31/2026 | Journal Entry | PAyroll | | -806.30 |
| 1181 Nava Operating - First National Bank 3751 | 01/31/2026 | Journal Entry | PAyroll | | -118.45 |
| 1181 Nava Operating - First National Bank 3751 | 02/03/2026 | Expense | Accident fund | Corporate Insurance | -846.60 |
| 1181 Nava Operating - First National Bank 3751 | 02/04/2026 | Expense | Overdraft fee | Bank Charges & Fees | -8.00 |
| 1181 Nava Operating - First National Bank 3751 | 02/04/2026 | Expense | Returned item fee | Bank Charges & Fees | -29.00 |
| 1181 Nava Operating - First National Bank 3751 | 02/05/2026 | Expense | Comcast | Telephone- Fixed | -159.57 |
| 1181 Nava Operating - First National Bank 3751 | 02/05/2026 | Expense | Overdraft fee | Bank Charges & Fees | -8.00 |
| 1181 Nava Operating - First National Bank 3751 | 02/05/2026 | Expense | Dominion Energy | Utility Expense | -204.28 |
| 1181 Nava Operating - First National Bank 3751 | 02/06/2026 | Expense | FNB - returned item fee | Bank Charges & Fees | -58.00 |
| 1181 Nava Operating - First National Bank 3751 | 02/09/2026 | Expense | Bank fees for January - FNB | Bank Charges & Fees | -258.34 |
| 1181 Nava Operating - First National Bank 3751 | 02/12/2026 | Expense | Comcast | Telephone- Fixed | -222.53 |
| 1181 Nava Operating - First National Bank 3751 | 02/17/2026 | Expense | Comcast | Telephone- Fixed | -159.57 |
| 1181 Nava Operating - First National Bank 3751 | 02/23/2026 | Expense | Intuit | Dues & subscriptions | -118.45 |

**Statement of Fin. Affairs #7 - Lawsuits and other Legal Proceedings**

| Case Name | Case Number | Location | Status |
|---|---|---|---|
| Advanced Heating & Cooling, LLC vs. Nava Health MD, Inc. | C03CV25001713 | Baltimore County Circuit Court | Mechanics Lien |
| Advanced Heating & Cooling, LLC vs. Nava Health MD, Inc. | C02CV25001154 | Anne Arundel County Circuit Court | Mechanics Lien |
| Amcap Ballantyne LLC vs. Nava Health MD, Inc. | 24CV059997590 | Mecklenburg County Superior Court | Judgement |
| Annapolis Towne Centre at Parole, LLC vs. Nava Health MD, Inc. et al | D-071-LT-25-49732-001 | Circuit Court for Anne Arundel County, MD | Judgement |
| Annapolis Towne Centre at Parole, LLC vs. Nava Health MD, Inc. et al | D101JG25000095 | Howard County District Court | Judgement |
| Annapolis Towne Centre at Parole, LLC vs. Nava Health MD, Inc. et al | C13JG25003347 | Howard County Circuit Court | Judgement |
| Bradsby Group vs Nava Health MD, Inc. | D101CV25011649 | Howard County District Court | Summons Issued- Hearing cancelled for Failure to service Nava |
| Bregman, Bergert, Schwartz & Gilday, LLC vs. Nava Health | D-06-LT-25-82470-001 | District Court of Maryland for Montgomery County | Failure to Pay Rent - Complaint for Repossion Filed |
| Commonwealth of Virginia, County of Loudon | | Garnishment sent to Trust | Notice of Lien |
| Country Glen LLC vs. Nava Health MD, Inc. | LT-002720-25 | District Court of the State of New York, Nassau -First District | Notice of Court Date-Rent Not Paid |
| Deepscribe, Inc. vs. Nava Health MD, Inc. et al. | CGC-25-626298 | Superior Court of California, County of San Francisco | Entry of Default |
| HBW Properties, Inc. D/B/A HBW Construction vs. Nava Health MD, Inc. | C-02-CV-24-003274 | Circuit Court for Anne Arundel County, MD | Judgement |
| HBW Properties, Inc. D/B/A HBW Construction vs. Nava Health MD, Inc. | C-03-CV-24-004722 | Circuit Court for Baltimore County, MD | Judgement enforcing Mechanics Lein |
| Hunt Valley Towne Center vs Nava Health MD, Inc., Bernaldo Dancel, Constance Dancel, et al | C03CV25004077 | Baltimore County Circuit Court | Order of Default |
| I.C.C. Construction Services, Inc. | ML25000504 | Clerk of the County of Nassau, New York | Notice of Mechanics Lien-Served 10/15/2025 |
| Merritt-CCP V, LLC v. Nava Health MD, Inc. | D-101-LY-25-78608-001 | District Court of Maryland for Howard County | Failure to Pay Rent - Complaint for Repossion Filed |
| Northeastern Supply, Inc. vs. Nava Health MD, Inc. | C03CV25001130 | Baltimore County Circuit Court | Mechanics Lien - Dismissed |
| Penn Florida, Inc. t/a Penn Florida Realty, LP vs. Nava Health MD, Inc. | 2025-14586 | Court of Common Pleas Montgomery County, PA | Request for Production of Documents |
| Steven Kahle Architects Inc. et al vs. Nava Health MD, Inc. | C02CV25002545 | Circuit Court for Anne Arundel County, MD | Request for Default Judgement |
| Straight North LLC vs. Nava Health MD, Inc. | 2023CH000044 | Circuit Court of the 18th Judicial Circuit Dupage County Illinois | Complaint |
| Stratus Building Solutions vs. Nava Health and Vitality | ESX-DC-034648-25 | Superior Court of New Jersey Law Division: Essex County | Request to enter Default Judgement |
| Xp3 Talent, LLC vs. Nava Health MD, Inc. | D-101-CV-25-008562 | District Court of Maryland for Howard County | Judgement |

# United States Bankruptcy Court
### Eastern District of Virginia

In re    Nava Health MD, Inc.                                                    Case No.
                                                      Debtor(s)      Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 37,500.00 |
| Prior to the filing of this statement I have received | $ | 37,500.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

☒ Debtor      ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify)

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Other provisions as needed:
Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 1, 2026
*Date*

/s/ Kevin ODonnell
Kevin ODonnell
*Signature of Attorney*

Henry and ODonnell PC
*Name of Law Firm*
5791 Bush Hill Drive
Alexandria, VA 22314
(703) 861-2662    Fax:

# United States Bankruptcy Court
## Eastern District of Virginia

In re    Nava Health MD, Inc.                        Case No. _____

                                        Debtor(s)           Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| See Attached Cap Table Listing | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    March 1, 2026                       Signature   /s/  Bernaldo Dancel

                                                             Bernaldo Dancel

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
2021 Gift Trust FBO Monica M.A. Fabi
4620 Azalea Drive
Naples, FL 34119


Absorb Software Inc
150 W University Dr.
Florida, AZ 85281


ADT Commercial
1501 Yamato Road
Boca Raton, FL 33431


Advanced Heating & Cooling
11460 Crownridge Drive, Suite 110
Owings Mills, MD 21117


Advanced Heating & Cooling, LLC
11460 Crownridge Drive, Suite 110
Owings Mills, MD 21117


Air Aroma USA Dist LLC
251 West 39th Street, Level 8
New York, NY 10018


Airsouth Mechanical, Inc.
1055 E 35th St
Hialeah, FL 33013


Alexis Gaus
909 Yale Street
Cumberland, MD 21502


Alias Intelligence
PO Box 741
Teaneck, NJ 07666


Amazon Capital Services, Inc.
PO Box 035184
Seattle, WA 98124-5184


Amcap Ballantyne LLC
300 Galleria Parkway, 12th Floor
Atlanta, GA 30339


AMCAP Ballantyne LLC
300 Galleria Pkwy, 12th Floor
Atlanta, GA 30339


Angela and Alfred Altimont
18268 Wickham Road
Olney, MD 20832


Annapolis Town Center
P.O. Box 9420
New York, NY 10087
```

Annapolis Towne Centre at Parole LLC
Fort Worth, TX 76107
Fort Worth, TX 76107


Anthony Romaniello
3852 Southern Orchard Road W
Davie, FL 33328


AppRiver, LLC
PO Box 749665
Atlanta, GA 30374-9665


AT&T
PO Box 6416
Carol Stream, IL 60197-6416


BDG Sun-Vet, LLC
Regency Centers Corporation
One Independent Drive, Suite 114
Jacksonville, FL 32202


BDG Sun-Vet, LLC
Regency Centers Corp.
One Independent Drive, Suite 114
Jacksonville, FL 32202


Beattie Padovano LLC
200 Market Street, Suite 401
Montvale, NJ 07645


Bernaldo and Constance Dancel
9287 Pearch Lane
Boynton Beach, FL 33437


Bernaldo and Constance Dancel
9287 Pearch Lane
Boynton Beach, FL 33437


Bernaldo Dancel
9287 Pearch Lane
Boynton Beach, FL 33437


Bernaldo Dancel
9287 Pearch Lane
Boynton Beach, FL 33437


BLW Engineers, Inc.
P.O. Box 1551
Littleton, MA 01460


Breanne Dancel
1518 Fenton Drive
Delray Beach, FL 33445

Brock Dean
107 Sussex Pl
Shrewsbury, PA 17361


Brooke Hanauer
1150 Balsam Cir
Sykesville, MD 21784


BSN Management, LLC
16202 Camden Lakes Circle
Naples, FL 34110


Cherry Bekaert
200 S 10th St Suite 900
Richmond, VA 23219-4064


Chestnut Hill Shopping Center LLC
33 Boylston Street, Suite 3000
Chestnut Hill, MA 02467


Chestnut Hill Shopping Center LLC
33 Boylston Street, Suite 3000
Chestnut Hill, MA 02467


Chloe DeMayo
8101 Needwood Rd, Apt 101
Derwood, MD 20855


Christine Frank
13351 Grinstead Court
Sykesville, MD 21784


Cole Gerardi
13500 Orion Drive
Dayton, MD 21036


Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411-0001


Country Glen LLC
143 Old Country Road
Carle Place, NY 11514-1805


Country Glen LLC
c/o Murray H. Miller Management Co.
143 Old Country Road
Carle Place, NY 11514


Crestmark Vendor Finance
5480 Corporate Drive, Suite 350
Troy, MI 48098-2642


CyraCom International
2650 E. Elvira Rd Suite 132
Tucson, AZ 85756

David Morgan
222 Holdcombe Way
Lambertville, NJ 08530


DDR Southeast Fountains LLC
3300 Enterprise Parkway
Beachwood, OH 44122


Decathlon Specialty Finance LLC
1441 West Ute Blvd, Suite 240
Park City, UT 84098


Decathlon Specialty Finance LLC
1441 West Ute Blvd, Suite 240
Park City, UT 84098


DeepScribe Inc.
82 2nd Street
San Francisco, CA 94105


Denise Donnells
2029 Hackberry Road
Essex, MD 21221


Dimitrios and Tina Fragoyannis
10505 Rivers Bend Lane
Potomac, MD 20854


DynaFire, LLC
109 Concord Dr, Ste B
Casselberry, FL 32707


Dynamic Signs & Graphics
7201 ACC Boulevard, Suite 102
Raleigh, NC 27617


Emily Elliott
8719 Jenifer Road
Parkville, MD 21234


Encompass Onsite
2100 West Cypress Creek Road
Fort Lauderdale, FL 33309


Faegre Drinker Biddle & Reathe LLP
NW 6139, PO Box 1450
Minneapolis, MN 55485-6139


Forchelli Deegan Terrana LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, NY 11553


Fountains SC, LLC
814 Commerce Drive
Oak Brook, IL 60523

Frank Manziano
3609 Santaren Court
Naples, FL 34119


Gable
7440 Fort Smallwood Road
Baltimore, MD 21226


Gateway Square LLC
NW 6139, PO Box 1450
Atlanta, GA 30384-4133


Gateway Square, LLC
4900 E Dublin Granville R, 4th Floor
Westerville, OH 43081


Gilmartin Group
60 E Sir Francis Drake Blvd., Suite 208
Larkspur, CA 94939


Gordon Feinblatt LLC
P.O. Box 746539, Suite 700
Atlanta, GA 30374-6539


HBW Construction
1055 First St, Suite 200
Rockville, MD 20850


Howard County Government
3430 Court House Drive
Ellicott City, MD 21041


Hunt Valley Towne Centre LLC
3904 Boston St, Suite 402
Baltimore, MD 21224


Hunt Valley Towne Centre, LLC
3904 Boston St, Suite 402
Baltimore, MD 21224


Hyun S. Park
7200 Downing Court
Clarksville, MD 21029


ICC Construction Services, Inc.
3280 Sunrise Hwy, Suite 56
Wantagh, NY 11793


ImageFIRST
PO Box 830460
Philadelphia, PA 19182-0460


IMS Investor Relations
51 Locust Avenue, Suite 300
New Canaan, CT 06840

Interplan LLC
220 E Central Pkwy Ste 4000
Altamonte Springs, FL 32701


Jamestown PCS LP LB # 1823
PO Box 95000
Philadelphia, PA 19195


Jamestown PCS, LP
LB #1823
PO Box 95000
Philadelphia, PA 19195


Jeff and Alexis Byrnes
5922 Conway Road
Bethesda, MD 20817


Jeffrey Allen Thompson & Robin Thompson
3061 Royal Gardens Avenue
Fort Myers, FL 33916


Jodi Usher
207 147th Street NE
Bradenton, FL 34212


Jones Lang LaSalle Americas Inc.
200 East Randolph Dr, 43 Floor
Chicago, IL 60601


KatzAbosch
P.O. Box 62388
Baltimore, MD 21264


Kenneth and Donna Widmaier
164 Jackson Street
Denver, CO 80206


Kimberly Schuster
38 Parkhill Pl
Nottingham, MD 21236


Konica Minolta Business Solutions
DEPT. AT 952823
Atlanta, GA 31192-2823


KRG Oak Brook Promenade I, LLC
13068 Collections Center Drive
Chicago, IL 60693-0130


KRG Oak Brook Promenade I, LLC
13068 Collections Center Drive
Chicago, IL 60693-0130


KRG Oak Brook Promenade I, LLC
30 S. Meridian Street, Suite 1100
Indianapolis, IN 46204

KRG Parkside II LLC
PO Box 743806
Atlanta, GA 30374


KRG Parkside II, LLC
Kite Realty Group
30 South Meridian, Suite 1100
Indianapolis, IN 46204


Kristen Curtin
8862 Thames River Drive
Boca Raton, FL 33433


LeaseCrunch LLC
790 N Milwaukee Street, Suite 302
Milwaukee, WI 53202


Lord Baltimore
3710 East Baltimore Street
Baltimore, MD 21224


Lord Baltimore
3710 East Baltimore Street
Baltimore, MD 21224


Lord Baltimore
3710 East Baltimore Street
Baltimore, MD 21224


Lord Baltimore Uniform
3710 East Baltimore Street
Baltimore, MD 21224


M.D.S. Builders, Inc.
301 NW Crawford Boulevard, Suite 201
Boca Raton, FL 33432


Marlin Leasing Corporation dba PEAC Solu
300 Fellowship Road
Mount Laurel, NJ 08054


Marlin Leasing Corporation dba PEAC Solu
300 Fellowship Road
Mount Laurel, NJ 08054


Marlin Leasing Corporation dba PEAC Solu
300 Fellowship Road
Mount Laurel, NJ 08054


Marlin Leasing Corporation dba PEAC Solu
300 Fellowship Road
Mt. Laurel, NJ 08054


Matthew Marzano
2291 J and C Boulevard
Naples, FL 34109

Mend VIP, Inc.
4767 New Broad Street
Orlando, FL 32814


Mercy cleaning service es LLC
19212 Jamestown Drive
Hagerstown, MD 21742


Merritt-CCP, LLC
2066 Lord Baltimore Drive
Windsor Mill, MD 21244


Merritt-CCP, LLC
2066 Lord Baltimore Drive
Windsor Mill, MD 21244


Michael Reilly and Nina Tomei
4433 Prescott Lane
Naples, FL 34119


Milelli Madison SBP LLC
900 Lanidex Plaza, Suite 113
Parsippany, NJ 07054


Milelli Madison SBP LLC
900 Lanidex Plaza, Suite 113
Parsippany, NJ 07054


Montvale Development Associates
10 Sterling Blvd, Suite 401
Englewood, NJ 07631


Montvale Development Associates, LLC
10 Sterling Boulevard, Suite 401
Englewood, NJ 07631


MOOD MEDIA-584381
2100 S Interstate 35 Frontage Road
Austin, TX 78704


NAVA Health Medical Group, LLC
8316 Arlington Boulevard
Suite 206
Fairfax, VA 22031


NexTech Systems, LLC
4421 West Boy Scout Boulevard
Tampa, FL 33607


Nicholas Novello
586 Captn Kate Court
Naples, FL 34110


Nicole Ross
7564 Kemp Lane
Frederick, MD 21702

Nixon Uniform Service & Medical Wear
500 Centerpoint Boulevard
New Castle, DE 19720


Old Forge Builders, Inc.
516 New Jersey 33, Bldg 2, Suite 2
Millstone Township, NJ 08535


Orchard Software
701 CONGRESSIONAL BLVD, Suite 360
Carmel, IN 46032


Penn Florida Realty, L.P.
725 Conshohocken State Road
Bala Cynwyd, PA 19004


Penn Florida Realty, L.P.
725 Conshohocken State Road
PO Box 2087
Bala Cynwyd, PA 19004


PRLHC Annapolis Towne Centre at Parole 1
P.O. Box 9420
New York, NY 10087


Regency Centers Corporation
26 Church Lane, 2nd Floor
Westport, CT 06880


Rethink Innovations
77 Elbo Lane
Mount Laurel, NJ 08054


Richard and Dori Carroll
2719 Crystal Way
Naples, FL 34119


Richard Maffezzoli
2724 Crystal Way
Naples, FL 34119


Robert Coen
101 Linden Blvd
Middletown, MD 21769


Romina Garrido
5426 Phelps Luck Dr
Columbia, MD 21045


Sagemore Management Company, LLC
The Corporate Center at Sagemore
8000 Sagemore Drive, Suite 8201
Marlton, NJ 08053

Sagemore Management Company, LLC
c/o Davis Enterprises
8000 Sagemore Drive, Suite 8201
Marlton, NJ 08053


Salesforce.com Inc.
PO Box 203141
Dallas, TX 75320-3141


Salesforce.com Inc.
PO Box 203141
Dallas, TX 75320-3141


Scout Services
490 Quail Ridge Drive
Westmont, IL 60559


Sean Cooke
113 Webbs Hill Road
Stanford, CT 06903


Signage Solutions
2231 S Dupont Drive
Anaheim, CA 92806


Stephen Ostaszewski
18 Clifford Avenue
Stanford, CT 06905


Stericycle
29338 Network Place
Chicago, IL 60673-1293


Stericycle
29338 Network Place
Chicago, IL 60673-1293


Stericycle, Inc.
28883 Network Place
Chicago, IL 60673-1288


Sterling Cleaners
1333 Connecticut Ave NW, Lower Level
Washington, DC 20036


Sterling Cleaners
1333 Connecticut Ave NW, Lower Level
Washington, DC 20036


Sterling Cleaners
1333 Connecticut Ave NW, Lower Level
Washington, DC 20036


Sterling Cleaners
1333 Connecticut Ave NW, Lower Level
Washington, DC 20036

Steve Burkowsky and Anita Wonsang
3521 Sungari Court
Naples, FL 34119


Steven Kahle Architects, Inc.
47 Randall Street, Suite 2
Annapolis, MD 21401


Stratus Building Solutions
250 Passaic Avenue, Suite 120
Fairfield, NJ 07004


Strive Pharmacy
c/o Jonathan M. Binstock
One Research Court, Suite 450
Rockville, MD 20850


T D S Construction, Inc.
4239 63rd Street West
Bradenton, FL 34209


Tammy Muir
1340 Jay Road
Sykesville, MD 21784


The Janet H. Kennedy Revocable Trust
1950 Tarpon Road
Naples, FL 34102


The O'Keefe Group, LLC
P.O. Box 1240
Attleboro, MA 02703


Vestis
2680 Palumbo Drive
Lexington, KY 40509


Waste Management of Maryland, Inc
PO Box 13648
Philadelphia, PA 19101-3648


Wayne Pope Jr
700 Appomattox Rd W
Davidsonville, MD 21035


Winnie Moktoi
415 Forest Bridge Ct
Laurel, MD 20724


Wolters Kluwer
PO Box 4349
Carol Stream, IL 60197-4349


WS Asset Management, Inc.
33 Boylston Street, Suite 3000
Chestnut Hill, MA 02467

Xp3 Talent Consulting, LLC
3533 Lakewinds Lane
Bumpass, VA 23024


Zachary Dancel
8300 Cleary Blvd
Apt 400
Fort Lauderdale, FL 33324


Zoey Branford
9652 White Acre Rd
Columbia, MD 21045

# United States Bankruptcy Court
## Eastern District of Virginia

In re   Nava Health MD, Inc.

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Nava Health MD, Inc.___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

March 1, 2026

Date

/s/ Kevin ODonnell

Kevin ODonnell

Signature of Attorney or Litigant

Counsel for   Nava Health MD, Inc.

Henry and ODonnell PC

5791 Bush Hill Drive
Alexandria, VA 22314
(703) 861-2662  Fax:
kmo@henrylaw.com