**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re:<br><br>NAVA HEALTH MD, INC,<br><br>Debtor. | Case No. 26-10497-BFK<br>Chapter 11 |
| In re:<br><br>NAVA HEALTH MEDICAL GROUP, LLC,<br><br>Debtor. | Case No. 26-10498-BFK<br>Chapter 11 |

### ORDER SETTING HEARING ON DEBTOR'S MOTION TO DETERMINE THAT APPOINTMENT OF PATIENT CARE OMBUDSMAN IS NOT NECESSARY

On March 6, 2026, the Court entertained first day motions in these jointly administered cases. With regard to the Debtor's Motion to Determine that Appointment of Patient Care Ombudsman is Not Necessary (Docket No. 10), the Court finds it appropriate to set the matter for hearing. For that reason, in addition to those stated from the bench, it is

**ORDERED**:

1. The Debtor's Motion to Determine that Appointment of Patient Care Ombudsman is Not Necessary (Docket No. 10) is set for a hearing on **Wednesday, March 18, 2026, at 11:00 a.m.,** in Courtroom I of the United States Bankruptcy Court for the Eastern District of Virginia, located at 200 S. Washington Street, Alexandria, Virginia 22314.

2. Objections, if any, shall be filed with the Court with a copy sent to the Debtor, no later than **Monday, March 16, 2026, at 5:00 p.m.**

3. The Clerk will mail copies of this Order or will provide CM-ECF notice of its entry, to the parties below.

Date: Mar 9 2026

Alexandria, Virginia

/s/ Brian F Kenney
HONORABLE BRIAN F. KENNEY
CHIEF U.S. BANKRUPTCY JUDGE

Entered On Docket: Mar 10 2026

Copies to:

Nava Health MD, Inc.
Nava Health Medical Group, LLC
8316 Arlington Boulevard
Suite 206
Fairfax, VA 22031
*Debtor*

Bernaldo Dancel
9287 Pearch Lane
Boynton Beach, FL 33437
*Debtor Designee*

Kevin M. O'Donnell
Henry & O'Donnell, P.C.
300 N. Washington Street
Ste. 604
Alexandria, VA 22314
*Counsel for Debtors*

Donald F. King
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Avenue
Suite 400
*Counsel for Decathalon Specialty Finance, LLC*

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee's Office*