**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In the Matter of: | : | |
| | : | **Chapter 11** |
| | : | **(Jointly Administered)** |
| NAVA HEALTH MD, INC., et al.,[1] | : | |
| | : | **Case No. 26-10497-BFK** |
| Debtors, | : | |
| | : | |

**NOTICE OF MOTIONS AND HEARING**

**PLEASE TAKE NOTICE** that the Debtors NAVA Health Medical Group, LLC ("NHMG") and NAVA Health MD, Inc. ("NHMD" and together with NHMG, the "Debtors") have filed a Motion seeking to limit the number of recipients of future notices in these jointly administered Chapter 11 cases, and to approve the form and manner of service to permit service via electronic mail (the "Motion to Limit Notice"). A copy of the Motion to Limit Notice  is attached hereto for your reference.  Additional copies may be obtained by making written request to undersigned counsel.

A hearing will be held on the Motion to Limit Notice at **11:00 AM on Tuesday, April 21, 2026** at the U.S. Bankruptcy Court for the Eastern District of Virginia, Alexandria Division at 200 S. Washington Street, 2nd Floor - Courtroom 1, Alexandria, VA 22314. **Any objections to the Motions must be filed by 5:00 PM on April 14, 2026, with a copy served upon undersigned counsel to the Debtors.**

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant any of the Motion to Limit Notice, or if you want the court to consider your views on such motion, then you must file an objection and attend the hearing on the Motion to Limit Notice on the date and time set forth hereinabove. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in such motion and may enter an order or orders granting the relief requested therein.

---

1 The debtors in these cases are NAVA Health MD, Inc., 26-104979-BFK and NAVA Health Medical Group, LLC, 26-10498-BFK.

Date: March 31, 2026

**NAVA HEALTH MEDICAL GROUP, LLC**
**NAVA HEALTH MD, INC.**
**By Counsel**

 /s/ Kevin M. O'Donnell
**Kevin M. O'Donnell, VSB #30086**
**Henry & O'Donnell, P.C.**
Counsel to the Debtors
300 N. Washington Street
Suite 604
Alexandria, VA 22314
(703) 548-2100 telephone
(703) 548-2105 facsimile

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 31st day of March, 2026, a true and correct copy of the foregoing notice (without this certificate of service) will be served by ECF upon the office of the U.S. Trustee and all parties requesting notice herein and with copies of the Motion to Limit Notice by first class mail, postage prepaid (without this certificate of service) by BK Attorney Services, LLC d/b/a certificateofservice.com to all creditors and parties in interest as identified on the mailing matrix maintained in these proceedings.


 /s/ Kevin M. O'Donnell
**Kevin M. O'Donnell**