**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | **Case No.  26-10497 (BFK)** |
| | ) | |
| **NAVA HEALTH MD, INC.,** *et al.*, | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**NOTICE OF DEBTOR'S APPLICATION TO EMPLOY**
**HIRSCHLER FLEISCHER, PC AS BANKRUPTCY COUNSEL**

**PLEASE TAKE NOTICE** that on April 13, 2026, the Official Committee of Unsecured Creditors (the "Committee") of NAVA Health MD, Inc., *et al.* (collectively, the "Debtors"), by its undersigned proposed counsel, filed with the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), an *Application of the Official Committee of Unsecured Creditors of NAVA Health MD, Inc., et al., to Retain and Employ Hirschler Fleischer, PC as Counsel* (the "Application"), wherein the Committee requests that the Court authorize the retention of Hirschler Fleischer, PC ("HF") as counsel to the Committee in connection with the above-captioned chapter 11 cases (the "Chapter 11 Cases"), effective as April 9, 2026, pursuant to the terms therein.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application may be obtained from counsel listed below or for a fee at https://ecf.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the Application, you or your attorney must:

_____
Lawrence A. Katz (VSB No. 47664)
Kristen E. Burgers (VSB No. 67997)
Allison P. Klena (VSB No. 96400)
Hirschler Fleischer, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email:    lkatz@hirschlerlaw.com
         kburgers@hirschlerlaw.com
         aklena@hirschlerlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

1.    File with the Court at the address shown below a written objection (the "**Objection**").  You must mail or otherwise file your Objection early enough so the Court will **receive** it **on or before April 27, 2026**:

> Clerk of the Court
> United States Bankruptcy Court
> 200 S. Washington St.
> Alexandria, VA 22314

2.    Serve your written response on proposed counsel for the Debtor and the Office of the United States Trustee at the addresses shown below.  You must serve the written Objection early enough so that such parties will **receive** it **on or before April 27, 2026**:

> Lawrence A. Katz
> HIRSCHLER FLEISCHER, PC
> 1676 International Drive, Suite 1350
> Tysons, Virginia  22102
>
> Office of the United States Trustee
> 1725 Duke Street, Suite 650
> Alexandria, VA 22314

3.    Attend a hearing on the Application (the "**Hearing**") to be held on **May 5, 2026 at 11:00 a.m.** (Eastern Time) before the Honorable Brian F. Kenney, United States Bankruptcy Court, 200 S. Washington St., Alexandria, Virginia **only if** an Objection is timely filed and served pursuant to paragraphs 1 and 2 above.

**PLEASE TAKE FURTHER NOTICE THAT pursuant to Local Bankruptcy Rules 2014-1 and 9013-1(H)(1), if no Objection is filed within fourteen (14) days, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting the relief requested without the Hearing.**

Dated: April 13, 2026                Respectfully submitted,


*/s/Lawence A. Katz*
Lawrence A. Katz (VSB No. 47664)
Kristen E. Burgers (VSB No. 67997)
Allison P. Klena (VSB No. 96400)
Hirschler Fleischer, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: lkatz@hirschlerlaw.com

kburgers@hirschlerlaw.com
aklena@hirschlerlaw.com

*Proposed Counsel to the Official Committee of
Unsecured Creditors*