# UNITED STATES BANKRUPTCY COURT

Eastern   DISTRICT OF   Virginia

Alexandria

| | | |
|---|---|---|
| In Re. Nava Health MD, Inc. | § | Case No.  26-10497 |
| | § | |
| | § | |
| Debtor(s) | § | |

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2026          Petition Date: 03/01/2026

Months Pending: 1          Industry Classification: | 4 | 5 | 6 | 1 |

Reporting Method:          Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):          20

Debtor's Full-Time Employees (as of date of order for relief):          20

**Supporting Documentation**   (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Bernaldo Dancel

Signature of Responsible Party

04/15/2026

Date

Bernaldo Dancel

Printed Name of Responsible Party

8316 Arlington Boulevard, Suite 206, Fairfax, VA 22031

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Nava Health MD, Inc.                                    Case No.  26-10497

| **Part 1: Cash Receipts and Disbursements** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Cash balance beginning of month | $4,060 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $3,619 | $0 |
| d. Cash balance end of month (a+b-c) | $441 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $3,619 | $0 |

| **Part 2:  Asset and Liability Status** (Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ● Market ○ Other ○ (attach explanation)) | $0 |
| d. Total current assets | $1,887 |
| e. Total assets | $220,916 |
| f. Postpetition payables (excluding taxes) | $105,260 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $105,260 |
| k. Prepetition secured debt | $5,151,906 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $11,176,546 |
| n. Total liabilities (debt) (j+k+l+m) | $16,433,712 |
| o. Ending equity/net worth (e-n) | $-16,212,795 |

| **Part 3:  Assets Sold or Transferred** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| **Part 4: Income Statement (Statement of Operations)** (Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** | **Cumulative** |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $444,781 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $444,781 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $244,471 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $200,310 | $0 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Nava Health MD, Inc.                                                    Case No.  26-10497

## Part 5:  Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | | |
|   | *Itemized Breakdown by Firm* | | | | | |
|   | Firm Name | Role | | | | |
| i | BlueStone Services, LLC | Financial Professional | $0 | $0 | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                              3

Debtor's Name  Nava Health MD, Inc.                                                    Case No.  26-10497

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name Nava Health MD, Inc.                                      Case No.  26-10497

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| b. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | Other | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                          5

Debtor's Name  Nava Health MD, Inc.                                           Case No.  26-10497

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                                    6

Debtor's Name  Nava Health MD, Inc.                                                    Case No.  26-10497

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name  Nava Health MD, Inc.                                          Case No.  26-10497

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $4,930 | $4,930 |
| d.   Postpetition employer payroll taxes paid | $8,754 | $8,754 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ● No ○

b.   Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)   Yes ○ No ●

c.   Were any payments made to or on behalf of insiders?   Yes ○ No ●

d.   Are you current on postpetition tax return filings?   Yes ● No ○

e.   Are you current on postpetition estimated tax payments?   Yes ● No ○

f.   Were all trust fund taxes remitted on a current basis?   Yes ● No ○

g.   Was there any postpetition borrowing, other than trade credit?
(if yes, see Instructions)   Yes ○ No ●

h.   Were all payments made to or on behalf of professionals approved by
the court?   Yes ○ No ○ N/A ●

i.   Do you have:          Worker's compensation insurance?   Yes ● No ○

                    If yes, are your premiums current?   Yes ● No ○ N/A ○  (if no, see Instructions)

           Casualty/property insurance?   Yes ● No ○

                    If yes, are your premiums current?   Yes ● No ○ N/A ○  (if no, see Instructions)

           General liability insurance?   Yes ● No ○

                    If yes, are your premiums current?   Yes ● No ○ N/A ○  (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?   Yes ○ No ●

k.   Has a disclosure statement been filed with the court?   Yes ○ No ●

l.   Are you current with quarterly U.S. Trustee fees as
set forth under 28 U.S.C. § 1930?   Yes ● No ○

Debtor's Name  Nava Health MD, Inc.                                                    Case No.  26-10497

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?     Yes ○  No ◉

m.  If yes, have you made all Domestic Support Obligation payments?     Yes ○  No ○  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Bernaldo Dancel

Signature of Responsible Party

CEO

Title

Bernaldo Dancel

Printed Name of Responsible Party

04/15/2026

Date

Debtor's Name Nava Health MD, Inc.     Case No. 26-10497



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Nava Health MD, Inc.                                    Case No.  26-10497



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                    11

Debtor's Name  Nava Health MD, Inc.                                          Case No.  26-10497



PageThree



PageFour

  **First National Bank**

**Statement Ending 03/11/2026**

**4140 E. State Street**
**Hermitage, PA 16148**

*NAVA HEALTH MD, INC*      *Page 1 of 4*
*Primary Account Number: 6003751*

**ADDRESS SERVICE REQUESTED**

NAVA HEALTH MD, INC
9755 PATUXENT WOODS DR STE 100
COLUMBIA MD 21046-2288

### Managing Your Accounts

| | | |
|---|---|---|
| 🖥 | Online | www.fnb-online.com |
| 📱 | By Phone | 1 800-555-5455 |
| ✉ | By Mail | 4140 E. State Street<br>Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| BUSINESS ANALYSIS CHECKING | 6003751 | $0.00 |

# BUSINESS ANALYSIS CHECKING - 6003751

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/28/2026 | **Balance Last Statement** | **$4,060.14** |
| | 0 Credit(s) This Period | $0.00 |
| | 3 Debit(s) This Period | $4,060.14 |
| 03/11/2026 | **Balance This Statement** | **$0.00** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **02/28/2026** | **Balance Last Statement** | | | **$4,060.14** |
| 03/02/2026 | 572926 EB INTERNET XFER TO CHECKING 1015474 ON 3/02/26 AT 9:57 | $150.00 | | $3,910.14 |
| 03/05/2026 | COMCAST-XFINITY CABLE SVCS 1982975 | $159.57 | | $3,750.57 |
| 03/10/2026 | CLOSING WITHDRAWAL | $3,750.57 | | $0.00 |
| **03/11/2026** | **Balance This Statement** | | | **$0.00** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/02/2026 | $3,910.14 | 03/05/2026 | $3,750.57 | 03/10/2026 | $0.00 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

# RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | |
|---|---|
| Date or Check Number | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Checks Outstanding | |

### TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:

**1** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**2** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**3** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**4** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**5** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**6** ENTER "Current Statement Balance" from the front of this statement.                    $ _____

**7** ADD deposits made after "Period Ending Date" of this statement.                    (+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL    $ _____

**8** SUBTRACT checks and withdrawals outstanding.    (-)    $ _____

Your checkbook should show this balance. ..............................    $ _____

---

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.

6003751 1



**4140 E. State Street**
**Hermitage, PA 16148**

First National Bank  Account Closeout

Customer Signature

| | | | |
|---|---|---|---|
| Transaction Date/Time: | 03/10/2026 12:42:27 | Account Number: | 6003751 |
| Check Processing Date: | 03/10/2026 | Account Type: | Checking/MMA |
| Cashbox: | 02 | | |
| Cost Center: | 2760 | | |
| Transaction ID: | 23 | Penalty Amount: | 0.00 |
| | | Total Close Amount: | 3,750.57 |
| Closeout Reason: | Rates - Transfer to New or Existing Account | | |
| Customer Name: | NAVA HEALTH MD, INC | | |

⑆043318092⑆        6003751⑉079⑉0000375057⑉

0    $3,750.57    3/10/2026

THIS PAGE LEFT INTENTIONALLY BLANK

# First National Bank

**4140 E. State Street**
**Hermitage, PA 16148**

**ADDRESS SERVICE REQUESTED**

NAVA HEALTH MD INC, DEBTOR IN POSSESSION
CASE 26-1049-BFK
9755 PATUXENT WOODS DR STE 100
COLUMBIA MD 21046-2288

*Statement Ending 03/31/2026*

*NAVA HEALTH MD INC, DEBTOR IN*          *Page 1 of 4*
*Primary Account Number: 98076325*

### Managing Your Accounts

|  |  |  |
|---|---|---|
| Online | www.fnb-online.com | |
| By Phone | 1 800-555-5455 | |
| By Mail | 4140 E. State Street Hermitage, PA 16148 | |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | 98076325 | $440.72 |

## FREE SMALL BUSINESS CHECKING - 98076325

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 03/05/2026 | **Balance Last Statement** | **$0.00** | Minimum Balance | $440.72 |
| | 5 Credit(s) This Period | $3,752.06 | Average Ledger Balance | $2,083.50 |
| | 12 Debit(s) This Period | $3,311.34 | Average Available Balance | $2,083.50 |
| 03/31/2026 | **Balance This Statement** | **$440.72** | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **03/05/2026** | **Balance Last Statement** | | | **$0.00** |
| 03/10/2026 | DEPOSIT | | $3,750.57 | $3,750.57 |
| 03/11/2026 | Bill.com ACCTVERIFY 015FGIFMGMWDHPR | | $0.42 | $3,750.99 |
| 03/11/2026 | Bill.com ACCTVERIFY 015FGIFMGMWDHPR | $0.42 | | $3,750.57 |
| 03/11/2026 | Analysis Charges February 2026 | $400.38 | | $3,350.19 |
| 03/13/2026 | Bill.com ACCTVERIFY 015ZRLVSHIWHZZL | | $0.27 | $3,350.46 |
| 03/13/2026 | Bill.com ACCTVERIFY 015GUAEETEWHZZM | | $0.78 | $3,351.24 |
| 03/13/2026 | Bill.com ACCTVERIFY 015GUAEETEWHZZM | $0.78 | | $3,350.46 |
| 03/13/2026 | Bill.com ACCTVERIFY 015ZRLVSHIWHZZL | $0.27 | | $3,350.19 |
| 03/17/2026 | Bill.com ACCTVERIFY 015SGTUCQZWPVPR | | $0.02 | $3,350.21 |
| 03/17/2026 | Bill.com ACCTVERIFY 015SGTUCQZWPVPR | $0.02 | | $3,350.19 |
| 03/18/2026 | Bill.com Payables 015RUOENCWWS3AK | $476.89 | | $2,873.30 |
| 03/18/2026 | Bill.com Payables 015NWVKXUQWQ9O6 | $50.00 | | $2,823.30 |
| 03/19/2026 | Bill.com Payables 015LSWKWNTWSH8Z | $318.00 | | $2,505.30 |
| 03/19/2026 | Bill.com Payables 015VKMXRGVWT4W0 | $238.56 | | $2,266.74 |
| 03/19/2026 | Bill.com Payables 015BQMFLDZWSH90 | $79.50 | | $2,187.24 |
| 03/24/2026 | Bill.com Payables 015AOGGBSPX2183 | $396.52 | | $1,790.72 |
| 03/25/2026 | 150826 EB INTERNET XFER TO CHECKING 1015474 ON 3/25/26 AT 8:57 | $1,350.00 | | $440.72 |
| **03/31/2026** | **Balance This Statement** | | | **$440.72** |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

# RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | |
| --- | --- |
| Date or Check Number | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Checks Outstanding | |

**TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:**

**1** COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.

**2** COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.

**3** LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

**4** ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

**5** ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.

**6** ENTER "Current Statement Balance" from the front of this statement.                    $ _____

**7** ADD deposits made after "Period Ending Date" of this statement.                    (+) _____

(+) _____

(+) _____

(+) _____

(+) _____

(+) _____

TOTAL  $ _____

**8** SUBTRACT checks and withdrawals outstanding.          (-)  $ _____

Your checkbook should show this balance. ............................. $ _____

---

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.

**First National Bank**

**4140 E. State Street**
**Hermitage, PA 16148**

## FREE SMALL BUSINESS CHECKING - 98076325 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/10/2026 | $3,750.57 | 03/17/2026 | $3,350.19 | 03/24/2026 | $1,790.72 |
| 03/11/2026 | $3,350.19 | 03/18/2026 | $2,823.30 | 03/25/2026 | $440.72 |
| 03/13/2026 | $3,350.19 | 03/19/2026 | $2,187.24 | | |

THIS PAGE LEFT INTENTIONALLY BLANK

# Profit and Loss
## Nava Health MD (DIP)
### March 1-31, 2026

| | Total |
|---|---:|
| Income | |
| Management Revenue | 444,780.66 |
| **Total for Income** | **$444,780.66** |
| **Gross Profit** | **$444,780.66** |
| Expenses | |
| Admin | |
| Corporate Insurance | 1,445.74 |
| Employee Health Benefits - Admin | 15,122.65 |
| Employer Tax Expense - Admin | 6,892.50 |
| Management Fees | 1,500.00 |
| Other Professional Fees | 10,378.78 |
| Salaries & Wages - Admin | 89,840.71 |
| Vacation Expense - Admin | 2,958.81 |
| **Total for Admin** | **$128,139.19** |
| Call Center | |
| Employee Health Benefits - Call Center | 2,786.00 |
| Employer Tax Expense - Call Center | 335.77 |
| Overtime - Call Center | 0.00 |
| Salaries & Wages - Call Center | 5,735.54 |
| **Total for Call Center** | **$8,857.31** |
| Occupancy | |
| Contract Cleaning | 2,914.00 |
| Landscaping | 397.50 |
| Trash Removal | 1,106.89 |
| **Total for Occupancy** | **$4,418.39** |
| Operations | |
| Bank Charges & Fees | 400.38 |
| Computer Expense | 6,062.79 |
| Employee Health Benefits - Operations | 4,551.23 |
| Employer Tax Expense - Operations | 1,958.59 |
| Office Supplies/Expense | 414.00 |
| Salaries & Wages - Operations | 27,703.61 |
| Software Expense | 11,488.23 |
| Telephone- Fixed | 870.06 |
| **Total for Operations** | **$53,448.89** |
| Retail | |
| Employee Health Benefits - Retail | 5,935.73 |
| Employer Tax Expense - Retail | 2,331.50 |

| | |
|---|---:|
| Overtime - Retail | 0.00 |
| Salaries & Wages - Retail | 30,866.40 |
| **Total for Retail** | **$39,133.63** |
| Virtual Retail | |
| Employee Health Benefits - Virtual Retail | 1,422.97 |
| Employer Tax Expense - Virtual Retail | 618.63 |
| Salaries & Wages - Virtual Retail | 8,431.50 |
| **Total for Virtual Retail** | **$10,473.10** |
| **Total for Expenses** | **$244,470.51** |
| **Net Operating Income** | **$200,310.15** |
| Other Expenses | |
| Depreciation | 0.00 |
| **Total for Other Expenses** | **$0.00** |
| **Net Other Income** | **$0.00** |
| **Net Income** | **$200,310.15** |

Accrual Basis Wednesday, April 15, 2026 03:30 PM GMTZ

# Balance Sheet
## Nava Health MD (DIP)
### As of Mar 31, 2026

|  | Total |
|---|---|
| Assets |  |
| Current Assets |  |
| Bank Accounts |  |
| Nava Operating - FNB x6325 | 440.72 |
| **Total for Bank Accounts** | **$440.72** |
| Other Current Assets |  |
| Prepaid Expenses | 1,446.55 |
| **Total for Other Current Assets** | **$1,446.55** |
| **Total for Current Assets** | **$1,887.27** |
| Other Assets |  |
| Due from Nava Health Medical Group | 220,916.49 |
| **Total for Other Assets** | **$220,916.49** |
| **Total for Assets** | **$222,803.76** |
| Liabilities and Equity |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable | 15,217.99 |
| **Total for Accounts Payable** | **$15,217.99** |
| Other Current Liabilities |  |
| Accrued Compensation | 71,179.69 |
| Accrued Expenses | 15,903.22 |
| Accrued Vacation | 2,958.81 |
| **Total for Other Current Liabilities** | **$90,041.72** |
| **Total for Current Liabilities** | **$105,259.71** |
| **Total for Liabilities** | **$105,259.71** |
| Equity |  |
| Opening Balance Equity | -82,766.10 |
| Retained Earnings |  |
| Net Income | 200,310.15 |
| **Total for Equity** | **$117,544.05** |
| **Total for Liabilities and Equity** | **$222,803.76** |

Accrual Basis Wednesday, April 15, 2026 03:29 PM GMTZ

Nava Health MD, Inc.
Aged Payables
As of March 31, 2026

| | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|---|
| App River | $ 11,488 | | | | | $ 11,488 |
| BlueStone Services, LLC | $ 10,188 | | | | | $ 10,188 |
| EnTelegent Solutions, Inc. | $ 235 | | | | | $ 235 |
| Mercy Cleaning Services | $ 2,914 | | | | | $ 2,914 |
| Nextech | $ 5,903 | | | | | $ 5,903 |
| Secure Waste, Inc. | $ 252 | | | | | $ 252 |
| Transperfect Remote Interpreting, Inc. | $ 141 | | | | | $ 141 |
| Accrued Compensation | $ 74,139 | | | | | $ 74,139 |
| **Total** | **$ 105,260** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 105,260** |

Nava Health MD, Inc.
Pre-Petition Claims Paid
March 31, 2026

| Payment Date | Payee Name | Payment Amount |
|---|---|---|
| 3/6/2026 | Tammy Muir | $ 1,130.26 |
| 3/6/2026 | Christine Frank | $ 3,542.22 |
| 3/6/2026 | Cole Gerardi | $ 1,904.24 |
| 3/6/2026 | Emily Elliott | $ 2,113.84 |
| 3/6/2026 | Breanne Dancel | $ 1,145.51 |
| 3/6/2026 | Denise Donnells | $ 1,817.95 |
| 3/6/2026 | Robert Coen Jr | $ 2,405.23 |
| 3/6/2026 | Kimberly Schuster | $ 1,916.73 |
| 3/6/2026 | Zoey Branford | $ 1,629.11 |
| 3/6/2026 | Winnie Moktoi | $ 1,710.36 |
| 3/6/2026 | Chloe DeMayo | $ 1,606.63 |
| 3/6/2026 | Romina Garrido | $ 2,205.00 |
| 3/6/2026 | Brooke Hanauer | $ 2,123.01 |
| 3/6/2026 | Nicole Ross | $ 3,022.20 |
| 3/6/2026 | Kristen Curtin | $ 2,485.21 |
| 3/6/2026 | Brock Dean | $ 3,786.54 |
| 3/6/2026 | Alexis Gaus | $ 4,062.60 |
| 3/6/2026 | Bernaldo Dancel | $ 6,364.98 |
| 3/6/2026 | Hyun Park | $ 5,509.13 |
| 3/6/2026 | Jodi Usher | $ 4,326.27 |
| 3/6/2026 | Zachary Dancel | $ 5,609.01 |
| 3/6/2026 | EE + ER Payroll Taxes | $ 27,506.42 |

**Nava Health MD (DIP)**

**Nava Operating - First National Bank 3751, Period Ending 03/12/2026**

**Reconciliation Report**

Reconciled on: 03/12/2026

Reconciled by: Cari White

**Summary**

USD

| | |
|---|---|
| Statement beginning balance | $ 4,060.14 |
| Checks and payments cleared (3) | $ (4,060.14) |
| Deposits and other credits cleared (0) | $ - |
| Statement ending balance | $ - |

**Details**

Checks and payments cleared (3)

| Date | Type | Ref no. | Payee | Amount (USD) |
|---|---|---|---|---|
| 3/2/2026 | Expense | | Ascend One | -150 |
| 3/2/2026 | Expense | | Comcast | -159.57 |
| 3/10/2026 | Transfer | | | -3,750.57 |

Total-4,060.14

Deposits and other credits cleared (1)

| Date | Type | Ref no. | Payee | Amount (USD) |
|---|---|---|---|---|
| 3/1/2026 | Journal | | | 4,060.14 |

Total4,060.14

Nava Health MD (DIP)

**Nava Operating - FNB x6325, Period Ending 03/31/2026**

**Reconciliation Report**

Reconciled on: 04/15/2026

Reconciled by: Cari White

## Summary

USD

| | |
|---|---|
| Statement beginning balance | $ - |
| Checks and payments cleared (8) | $ (3,309.85) |
| Deposits and other credits cleared (1) | $ 3,750.57 |
| Statement ending balance | $ 440.72 |
| | |
| Register balance as of 03/31/2026 | $ 440.72 |

## Details

Checks and payments cleared (8)

| Date | Type | Ref no. | Payee | Amount (USD) |
|---|---|---|---|---|
| 3/11/2026 | Expense | | | -400.38 |
| 3/18/2026 | Journal | 1 | | -476.89 |
| 3/19/2026 | Journal | 2 | | -79.5 |
| 3/19/2026 | Expense | | Transperfect Remote Interpreting, Inc. | -50 |
| 3/19/2026 | Expense | | EnTelegent Solutions, Inc. | -238.56 |
| 3/19/2026 | Expense | | Sunset Hills Foliage | -318 |
| 3/24/2026 | Journal | 4 | | -396.52 |
| 3/25/2026 | Expense | | Ascend One | -1,350.00 |

Total-3,309.85

Deposits and other credits cleared (1)

| Date | Type | Ref no. | Payee | Amount (USD) |
|---|---|---|---|---|
| 3/10/2026 | Transfer | | | 3,750.57 |

Total3,750.57