**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | **Chapter 11** |
| | : | **(Jointly Administered)** |
| **NAVA HEALTH MD, INC., et al.,**[1] | : | |
| | : | **Case No. 26-10497-BFK** |
| **Debtors,** | : | |
| | : | |

## ORDER

THIS MATTER having come before the Court on the application of the debtors NAVA Health Medical Group, LLC ("NHMG") and NAVA Health MD, Inc. ("NHMD" and together with NHMG, the "Debtors") for payment of fees and costs incurred and otherwise payable to Bluestone Accounting Solutions, LLC ("Bluestone") as accountants to the Debtors for post-petition services rendered through April 30, 2026;

AND IT APPEARING that good cause exists to grant the application, and that by agreement with the U.S. Trustee, the Debtors and Bluestone have agreed to reduce total fees requested by Two Hundred Fifty and no/100 Dollars ($250.00); then, it is hereby

ORDERED, that the application for fees and expenses requested for and on behalf of Bluestone is hereby granted with adjustments as identified hereinabove, and that fees in the amount of $22,437.50 for accounting services rendered through April 30, 2026, are hereby approved and the Debtors shall make payment of same.

Date: Jun 17 2026

/s/ Brian F Kenney

**Hon.  Brian F. Kenney**
**United States Bankruptcy Judge**

Entered On Docket: Jun 17 2026

1 The debtors in these cases are NAVA Health MD, Inc., 26-104979-BFK and NAVA Health Medical Group, LLC, 26-10498-BFK.

**I Ask For This:**

/s/ Kevin M. O'Donnell
Kevin M. O'Donnell, VSB #30086
Henry & O'Donnell, P.C.
300 N. Washington Street
Suite 604
Alexandria, Virginia  22314
703-548-2100 *telephone*
703-548-2105 *facsimile*
kmo@henrylaw.com
Counsel to the Debtors

**Seen and No Objection:**

/s/ Michael T. Freeman
Michael T. Freeman
Assistant U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

/s/ Lawrence A. Katz
Lawrence A. Katz
Hirschler
1676 International Drive, Suite 1350
Tysons, VA 22102-4940
(703) 584.8362 *telephone*
LKatz@hirschlerlaw.com
Counsel to the Committee of Unsecured Creditors