**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | **Chapter 11** |
| | : | **(Jointly Administered)** |
| **NAVA HEALTH MD, INC., et al.,**[1] | : | |
| | : | **Case No. 26-10497-BFK** |
| **Debtors,** | : | |
| | : | |

**SECOND APPLICATION FOR PAYMENT OF
FEES AND COSTS OF ACOUNTANTS TO THE DEBTORS**

COME NOW the debtors NAVA Health Medical Group, LLC ("NHMG") and NAVA Health MD, Inc. ("NHMD" and together with NHMG, the "Debtors") and hereby make this second application for payment of fees and costs incurred and otherwise payable to Bluestone Accounting Solutions, LLC ("Bluestone") as accountants to the Debtors for the months of May and June 2026, and in support thereof state as follows:

1.      The Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on March 1, 2026 (the "Petition Date") in the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division.

2.      On April 24, 2026, this Court entered an order authorizing the employment of Bluestone as accountants to the Debtors herein.

3.      The Debtors are now making application for payment of professional fees incurred by Bluestone herein for the period of May 1, 2026 through June 30, 2026. This is the second application of Bluestone for fees and expenses incurred herein.

---

1 The debtors in these cases are <u>NAVA Health MD, Inc.</u>, 26-104979-BFK and <u>NAVA Health Medical Group, LLC</u>, 26-10498-BFK.

4.     Bluestone has performed accounting services as counsel for the Debtors during the period of May 1, 2026 through June 30, 2026, in the total amount of $18,625.00.  A detailed account of said accounting services is attached hereto in the form of itemized invoices rendered by Bluestone and attached hereto collectively as **Exhibit A**.

5.     The services performed by Bluestone have benefited the Estates and the Debtors and, accordingly, the Debtors ask for compensation for said services and reimbursement for expenses from the Estates.

6.     Bluestone has received no promises to have their fees paid by third parties.  All payments are being applied for through the Court and payment is to be made by the Debtors and/or their Estates from income of the Debtors.  No agreement or understanding exists between Bluestone and any other person for sharing of compensation. Bluestone has received no retainer relating to their employment herein.

WHEREFORE, the Debtors pray that this Court enter an Order approving payment by the Debtors to Bluestone as accountants' fees in the amount of $18,625.00 for accounting services rendered from May 1, 2026 to June 30, 2026, pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, and for such other and further relief as this Court may deem appropriate.

**NAVA HEALTH MEDICAL GROUP, LLC**
**NAVA HEALTH MD, INC.**
**By Counsel**

2

/s/ Kevin M. O'Donnell
**Kevin M. O'Donnell, VSB #30086**
**Henry & O'Donnell, P.C.**
Counsel to the Debtors
300 N. Washington Street
Suite 604
Alexandria, VA 22314
(703) 548-2100 telephone
(703) 548-2105 facsimile

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 3rd day of August, 2026, a true and correct copy of the foregoing pleading will be served by ECF e-mail pursuant to the applicable Standing Order of the Court to the U.S. Trustee, Counsel to the Committee of Unsecured Creditors and parties requesting notice herein, and by first class mail, postage prepaid (without this certificate of service) by BK Attorney Services, LLC d/b/a certificateofservice.com to all creditors and parties in interest as identified on the attached list.

.

/s/ Kevin M. O'Donnell

**Kevin M. O'Donnell**

Crestmark Vendor Finance
5480 Corporate Drive, Suite 350
Troy, MI 48098-2642

Decathlon Specialty Finance LLC
1441 West Ute Blvd, Suite 240
Park City, UT 84098

Marlin Leasing Corporation dba PEAC Solu
300 Fellowship Road
Mount Laurel, NJ 08054

Ameris Bank
P.O. Box 105075
Atlanta, GA 30348

Channel Partners
10900 Wayzata Blvd
Hopkins, MN 55305

Falcon Equipment Finance
PO Box 843840
Dallas, TX 75284-3840

Financial Partners Leasing Co.
65 Mechanic Street, Suite 207
Red Bank, NJ 07701

Flagstar Bank
PO Box 650783
Dallas, TX 75265-0783

HomeTrust Bank
17065 Nat Bynum Lane
Corneilius, NC 28031

Idea 24-7, Inc.
Attn Justin Leto
800 NW 62nd Ave, Suite 750
Miami, FL 33126

LCA Bank Corporation
P.O. Box 1297
Troy, MI 48099-1297

Macquarie Equipment Capital Inc.
1301 Riverplace Blvd. Level 4
Jacksonville, FL 32207

MMP Capital
19 Engineers Lane
Farmingdale, NY 11735

NEC Financial Services
250 Pehle Ave
Saddle Brook, NJ 07663

North Mill Equipment
601 Merritt 7, Suite 5
Norwalk, CT 06851

Pawnee Leasing Corporation
3801 Automation Way, Suite 207
Fort Collins, CO 80525

Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243

Tandem Finance, Inc.
3801 Automation Way, Suite 207
Fort Collins, CO 80525

County of Fairfax
PO Box 10203
Fairfax, VA 22035

Howard County Government
3430 Court House Drive
Ellicott City, MD 21041

Montgomery County Government
PO Box 824860
Philadelphia, PA 19182

Treasurer of Loudoun County
PO Box 1000
Leesburg, VA 20177

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Elizabethean Court Associates II, LP
PO Box 821553
Philadelphia, PA 19182-1553

HCP MOP Fairfax VA, LP
3000 Meridian Blvd, Suite 200
Franklin, TN 37067

Merritt Properties, LLC
2066 Lord Baltimore Dr
Baltimore, MD 21224

Ryans Park E&A, LLC
PO Box 536856, Tenant #89066
Atlanta, GA 30353-6856

# EXHIBIT A



**9690 Deereco Road, Suite 300**
**Timonium, MD 21093**
**Phone: 410.828.CPAS**
**Fax:    410.828.9512**
**AR@katzabosch.com**
**www.Bluestonesvc.com**

Nava Health MD, Inc.
9755 Patuxent Woods Drive, Suite 100
Columbia, MD 21046
United States

# Invoice

**E-delivery to:**       accountspayable@navacenter.com

| | |
|---|---|
| **Invoice No.** | 200403265 |
| **Invoice Date** | 5/31/26 |
| **Client No.** | 26998.001 |

**This invoice reflects services rendered through 5/29/26**

| | |
|---|---:|
| Outsourced Accounting Services | 9,062.50 |
| **TOTAL DUE**          USD | 9,062.50 |

**AR AGING**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---:|---:|---:|---:|---:|---:|
| 9,062.50 | 12,500.00 | 10,187.50 | 0.00 | 0.00 | 31,750.00 |

**Invoice No.**                          **200403265**

**Page**  2

---

## DETAILED SPECIFICATION

### 20010790 Bluestone - Monthly Outsourcing:

**Cari White:**

| | | | |
|---|---|---|---|
| 5/4/26; update cash | 0.75 | 250.00 | 187.50 |
| 5/5/26; update cash; NHMD Apr transactions | 0.25 | 250.00 | 62.50 |
| 5/5/26; weekly cash call | 0.75 | 250.00 | 187.50 |
| 5/7/26; MOR files rollforward | 0.25 | 250.00 | 62.50 |
| 5/8/26; review April | 1.00 | 250.00 | 250.00 |
| 5/11/26; update cash | 0.50 | 250.00 | 125.00 |
| 5/12/26; update cash | 0.25 | 250.00 | 62.50 |
| 5/12/26; Trustee Fee payments and research; prep MOR docs | 0.50 | 250.00 | 125.00 |
| 5/12/26; weekly cash call | 0.50 | 250.00 | 125.00 |
| 5/13/26; April MOR reports | 1.25 | 250.00 | 312.50 |
| 5/15/26; PPM proforma | 2.75 | 250.00 | 687.50 |
| 5/18/26; update cash | 0.75 | 250.00 | 187.50 |
| 5/20/26; update cash | 0.25 | 250.00 | 62.50 |
| 5/20/26; PPM proforma build out | 1.25 | 250.00 | 312.50 |
| 5/20/26; weekly cash call; PPM proforma call | 1.00 | 250.00 | 250.00 |
| 5/21/26; PPM proforma edits | 0.25 | 250.00 | 62.50 |
| 5/21/26; call w AppRiver, call w Denise | 0.50 | 250.00 | 125.00 |
| 5/26/26; update QB billing; NHMD May bank feed; update cash; Loudoun County filings | 2.00 | 250.00 | 500.00 |
| 5/26/26; proforma meet w Bernie; weekly cash call | 0.75 | 250.00 | 187.50 |
| 5/27/26; rent statement schedule, proforma questions | 0.75 | 250.00 | 187.50 |

**Sarah Cho:**

| | | | |
|---|---|---|---|
| 5/1/26; April month end and documentation request, inventory adjustment, credit card reimbursements reconcile, credit card information request, request to Denise for bank transaction information | 2.25 | 250.00 | 562.50 |
| 5/4/26; April month end | 1.50 | 250.00 | 375.00 |
| 5/5/26; April Month End | 1.50 | 250.00 | 375.00 |
| 5/7/26; April month end | 3.50 | 250.00 | 875.00 |
| 5/8/26; April Month End | 1.25 | 250.00 | 312.50 |
| 5/11/26; April Month End | 1.25 | 250.00 | 312.50 |
| 5/12/26; Bankruptcy filing reporting, May accounting | 0.50 | 250.00 | 125.00 |
| 5/13/26; Bankruptcy Financials | 1.50 | 250.00 | 375.00 |
| 5/18/26; May Accounting | 1.75 | 250.00 | 437.50 |
| 5/20/26; May Accounting | 1.50 | 250.00 | 375.00 |
| 5/21/26; Support request | 0.25 | 250.00 | 62.50 |
| 5/26/26; May Accounting | 0.50 | 250.00 | 125.00 |
| 5/27/26; Support request | 0.25 | 250.00 | 62.50 |
| 5/28/26; May accounting - credit cards | 1.00 | 250.00 | 250.00 |
| 5/29/26; May Accounting | 1.00 | 250.00 | 250.00 |

**Trey W. Gailey, III:**

| | | | |
|---|---|---|---|
| 5/26/26; catchup call with bernie and cari | 0.50 | 250.00 | 125.00 |

---

**REMIT TO: Bluestone Services, P.O. Box 69175, Baltimore, MD 21264-9175**
**ACH TO: ABA#022000046   | Account # 9869947557| CHIPS #0555  |  SWIFT #MANTUS33**
All invoices are due when rendered. Invoices outstanding for more than
30 days will bear interest at the rate of 1.5% per month (18% per year).



BlueStone
ACCOUNTING SOLUTIONS, LLC
A KATZABOSCH COMPANY

**9690 Deereco Road, Suite 300**
**Timonium, MD 21093**
**Phone: 410.828.CPAS**
**Fax:    410.828.9512**
**AR@katzabosch.com**
**www.Bluestonesvc.com**

Nava Health MD, Inc.
9755 Patuxent Woods Drive, Suite 100
Columbia, MD 21046
United States

# Invoice

| | |
|---|---|
| **E-delivery to:** | accountspayable@navacenter.com |
| **Invoice No.** | 200403303 |
| **Invoice Date** | 6/30/26 |
| **Client No.** | 26998.001 |

---

**This invoice reflects services rendered for the period 6/1/26 - 6/30/26**

Outsourced Accounting Services                                     9,562.50

---

**TOTAL DUE**                            USD        9,562.50

**AR AGING**

---

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 9,562.50 | 9,062.50 | 0.00 | 0.00 | 0.00 | 18,625.00 |

**Invoice No.**          **200403303**

**Page**  2

---

**DETAILED SPECIFICATION**

**20010790 Bluestone - Monthly Outsourcing:**
**Cari White:**

| | | | |
|---|---|---|---|
| 6/1/26; update cash; NHMD May bank transactions | 1.00 | 250.00 | 250.00 |
| 6/2/26; PPT documents | 0.50 | 250.00 | 125.00 |
| 6/2/26; weekly cash call | 0.75 | 250.00 | 187.50 |
| 6/3/26; PPT; proforma | 1.50 | 250.00 | 375.00 |
| 6/4/26; proforma work; PPT asset listings | 1.50 | 250.00 | 375.00 |
| 6/8/26; update cash; PPT research | 1.00 | 250.00 | 250.00 |
| 6/8/26; VA PPT call | 0.25 | 250.00 | 62.50 |
| 6/9/26; update cash | 0.25 | 250.00 | 62.50 |
| 6/9/26; cash call | 0.25 | 250.00 | 62.50 |
| 6/9/26; PPTs; review asset listings | 1.25 | 250.00 | 312.50 |
| 6/10/26; PPTs | 3.00 | 250.00 | 750.00 |
| 6/11/26; PPTs | 2.75 | 250.00 | 687.50 |
| 6/15/26; update cash | 0.50 | 250.00 | 125.00 |
| 6/15/26; review May | 1.00 | 250.00 | 250.00 |
| 6/15/26; PPT | 0.25 | 250.00 | 62.50 |
| 6/16/26; NHMD bank feed | 0.25 | 250.00 | 62.50 |
| 6/17/26; May MOR reports | 1.25 | 250.00 | 312.50 |
| 6/17/26; review NHMG May | 1.00 | 250.00 | 250.00 |
| 6/18/26; review MOR reporting | 1.00 | 250.00 | 250.00 |
| 6/19/26; review May financials | 0.50 | 250.00 | 125.00 |
| 6/22/26; employee listing | 0.50 | 250.00 | 125.00 |
| 6/23/26; payroll reports; update cash; f/s edits; NHMD bank feed | 1.00 | 250.00 | 250.00 |
| 6/23/26; weekly cash call | 0.50 | 250.00 | 125.00 |
| 6/25/26; PPTs - Fairfax and Loudoun | 0.50 | 250.00 | 125.00 |
| 6/26/26; Fairfax County PPT | 0.50 | 250.00 | 125.00 |
| 6/30/26; update cash | 0.50 | 250.00 | 125.00 |
| 6/30/26; weekly cash call | 0.50 | 250.00 | 125.00 |

**Sarah Cho:**

| | | | |
|---|---|---|---|
| 6/2/26; May Month End | 0.50 | 250.00 | 125.00 |
| 6/3/26; May Accounting | 0.75 | 250.00 | 187.50 |
| 6/3/26; Support request | 0.25 | 250.00 | 62.50 |
| 6/4/26; May month end | 2.00 | 250.00 | 500.00 |
| 6/5/26; May Month End | 1.75 | 250.00 | 437.50 |
| 6/8/26; May Accounting | 1.75 | 250.00 | 437.50 |
| 6/9/26; May Accounting | 1.75 | 250.00 | 437.50 |
| 6/9/26; Payroll questions and support | 0.25 | 250.00 | 62.50 |
| 6/15/26; Review Comments | 0.75 | 250.00 | 187.50 |
| 6/16/26; May Month End | 0.25 | 250.00 | 62.50 |
| 6/17/26; Chapter 11 Monthly Reporting | 1.50 | 250.00 | 375.00 |
| 6/18/26; June accounting, May  consolidated financials | 2.00 | 250.00 | 500.00 |
| 6/23/26; support request | 0.25 | 250.00 | 62.50 |
| 6/23/26; June Accounting | 0.75 | 250.00 | 187.50 |

**REMIT TO: Bluestone Services, P.O. Box 69175, Baltimore, MD 21264-9175**
**ACH TO: ABA#022000046   | Account # 9869947557| CHIPS #0555  |  SWIFT #MANTUS33**
All invoices are due when rendered. Invoices outstanding for more than
30 days will bear interest at the rate of 1.5% per month (18% per year).