**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | **Chapter 11** |
| | : | **(Jointly Administered)** |
| **NAVA HEALTH MD, INC., et al.,**[1] | : | |
| | : | **Case No. 26-10497-BFK** |
| **Debtors,** | : | |
| | : | |

**NOTICE OF MOTION AND HEARING**

**PLEASE TAKE NOTICE** that the Debtors NAVA Health Medical Group, LLC ("NHMG") and NAVA Health MD, Inc. ("NHMD" and together with NHMG, the "Debtors") have filed a Motion to Assume Leases pursuant to 11 U.S.C. 365 (the "Lease Motion"). A copy of the Lease Motion is attached hereto for your reference. Additional copies may be obtained by making written request to undersigned counsel.

A hearing will be held on the Lease Motion at **11:00 AM on Tuesday, September 15, 2026** at the U.S. Bankruptcy Court for the Eastern District of Virginia, Alexandria Division at 200 S. Washington Street, 2nd Floor - Courtroom 1, Alexandria, VA 22314. **Any objections to the Lease Motion must be filed by 5:00 PM on September 14, 2026, with a copy served upon undersigned counsel to the Debtors.**

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant any of the Lease Motion, or if you want the court to consider your views on such motion, then you must file an objection and attend the hearing on the Lease Motion on the date and time set forth hereinabove. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in such motion and may enter an order or orders granting the relief requested therein.

---

1 The debtors in these cases are NAVA Health MD, Inc., 26-104979-BFK and NAVA Health Medical Group, LLC, 26-10498-BFK.

Date: August 25, 2026

**NAVA HEALTH MEDICAL GROUP, LLC**
**NAVA HEALTH MD, INC.**
**By Counsel**

/s/ Kevin M. O'Donnell

**Kevin M. O'Donnell, VSB #30086**
**Henry & O'Donnell, P.C.**
Counsel to the Debtors
300 N. Washington Street
Suite 604
Alexandria, VA 22314
(703) 548-2100 telephone
(703) 548-2105 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY certify that on the 25th day of August, 2026, a true and correct copy of the foregoing pleading will be served by ECF e-mail pursuant to the applicable Standing Order of the Court to the U.S. Trustee, Counsel to the Committee of Unsecured Creditors and parties requesting notice herein, and by first class mail, postage prepaid (without this certificate of service) by BK Attorney Services, LLC d/b/a certificateofservice.com to all creditors and parties in interest as identified on the attached list.

.

/s/ Kevin M. O'Donnell______________
**Kevin M. O'Donnell**

Crestmark Vendor Finance
5480 Corporate Drive, Suite 350
Troy, MI 48098-2642

Decathlon Specialty Finance LLC
1441 West Ute Blvd, Suite 240
Park City, UT 84098

Marlin Leasing Corporation dba PEAC Solu
300 Fellowship Road
Mount Laurel, NJ 08054

Ameris Bank
P.O. Box 105075
Atlanta, GA 30348

Channel Partners
10900 Wayzata Blvd
Hopkins, MN 55305

Falcon Equipment Finance
PO Box 843840
Dallas, TX 75284-3840

Financial Partners Leasing Co.
65 Mechanic Street, Suite 207
Red Bank, NJ 07701

Flagstar Bank
PO Box 650783
Dallas, TX 75265-0783

HomeTrust Bank
17065 Nat Bynum Lane
Corneilius, NC 28031

Idea 24-7, Inc.
Attn Justin Leto
800 NW 62nd Ave, Suite 750
Miami, FL 33126

LCA Bank Corporation
P.O. Box 1297
Troy, MI 48099-1297

Macquarie Equipment Capital Inc.
1301 Riverplace Blvd. Level 4
Jacksonville, FL 32207

MMP Capital
19 Engineers Lane
Farmingdale, NY 11735

NEC Financial Services
250 Pehle Ave
Saddle Brook, NJ 07663

North Mill Equipment
601 Merritt 7, Suite 5
Norwalk, CT 06851

Pawnee Leasing Corporation
3801 Automation Way, Suite 207
Fort Collins, CO 80525

Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243

Tandem Finance, Inc.
3801 Automation Way, Suite 207
Fort Collins, CO 80525

County of Fairfax
PO Box 10203
Fairfax, VA 22035

Howard County Government
3430 Court House Drive
Ellicott City, MD 21041

Montgomery County Government
PO Box 824860
Philadelphia, PA 19182

Treasurer of Loudoun County
PO Box 1000
Leesburg, VA 20177

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Elizabethean Court Associates II, LP
PO Box 821553
Philadelphia, PA 19182-1553

HCP MOP Fairfax VA, LP
3000 Meridian Blvd, Suite 200
Franklin, TN 37067

Merritt Properties, LLC
2066 Lord Baltimore Dr
Baltimore, MD 21224

Ryans Park E&A, LLC
PO Box 536856, Tenant #89066
Atlanta, GA 30353-6856