**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | **Chapter 11** |
| | : | **(Jointly Administered)** |
| **NAVA HEALTH MD, INC., et al.,**[1] | : | |
| | : | **Case No. 26-10497-BFK** |
| **Debtors,** | : | |
| | : | |

**ORDER**

THIS MATTER having come before the Court on the application of the debtors NAVA Health Medical Group, LLC ("NHMG") and NAVA Health MD, Inc. ("NHMD" and together with NHMG, the "Debtors") for payment of fees and costs incurred and otherwise payable to Bluestone Accounting Solutions, LLC ("Bluestone") as accountants to the Debtors for post-petition services rendered from May 1, 2026 through June 30, 2026;

AND IT APPEARING that good cause exists to grant the application, then, it is hereby

ORDERED, that the application for fees and expenses requested for and on behalf of Bluestone is hereby granted with adjustments as identified hereinabove, and that fees in the amount of $18,625.00 for accounting services rendered from May 1, 2026 through June 30, 2026, are hereby approved and the Debtors shall make payment of same.

Date: Aug 28 2026

/s/ Brian F Kenney

**Hon. Brian F. Kenney**
**United States Bankruptcy Judge**

Entered On Docket: Aug 28 2026

1 The debtors in these cases are NAVA Health MD, Inc., 26-104979-BFK and NAVA Health Medical Group, LLC, 26-10498-BFK.

**I Ask For This:**

/s/ Kevin M. O'Donnell
Kevin M. O'Donnell, VSB #30086
Henry & O'Donnell, P.C.
300 N. Washington Street
Suite 604
Alexandria, Virginia 22314
703-548-2100 *telephone*
703-548-2105 *facsimile*
kmo@henrylaw.com
Counsel to the Debtors

**Seen and No Objection:**

/s/ Lawrence A. Katz
Lawrence A. Katz
Hirschler
1676 International Drive, Suite 1350
Tysons, VA 22102-4940
(703) 584.8362 *telephone*
LKatz@hirschlerlaw.com
Counsel to the Committee of Unsecured Creditors

**Seen:**

/s/ Michael T. Freeman
Michael T. Freeman
Assistant U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314