**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | **Chapter 11** |
| | : | **(Jointly Administered)** |
| **NAVA HEALTH MD, INC., et al.,**[1] | : | |
| | : | **Case No. 26-10497-BFK** |
| **Debtors,** | : | |
| | : | |

**ORDER**

THIS MATTER having come before the Court upon the agreement of the Debtors NAVA Health MD, LLC ("NHMD") and NAVA Health Medical Group, LLC ("NHMG", and together with NHMD, the "Debtors") and Ryans Park (E&A), LLC (the "Landlord") with respect to the Debtors' pending motion to assume that certain Deed of Lease ("Ashburn Lease") through which NHMG leased a commercial premises in the Shops and Ryan Park shopping center at 43670 Greenway Corporate Drive, Unit 122, Ashburn, Virginia 20147 ("Ashburn Premises");

AND IT APPEARING that the Landlord and Debtors have stipulated and agreed to a further extension of time under 11 U.S.C. 365(d)(4)(B) under which the Debtors may assume or reject the Ashburn Lease, while reserving all rights and potential objections to the Landlord with respect to the Debtors' motion and proposed assumption of the Ashburn Lease;

1 The debtors in these cases are NAVA Health MD, Inc., 26-104979-BFK and NAVA Health Medical Group, LLC, 26-10498-BFK.

AND IT FURTHER APPEARING that good cause exists to enter an order providing for a further extension of time to assume or reject the Ashburn Lease and to continue the Debtors' pending motion to assume for further hearing before this Court; then, it is hereby

ORDERED, that the Debtors are hereby granted a further extension of thirty (30) days from September 27, 2026 within which they may either assume or reject the Ashburn Lease as identified in the Debtors' motion as filed herein;

AND IT IS FURTHER ORDERED, that the extension granted herein is without prejudice to the Landlord's rights and objections to the Debtors' pending motion to assume the Ashburn Lease, and that all such rights and objections are expressly reserved to the Landlord;

AND IT IS FURTHER ORDERED, that hearing on the Debtors' pending motion to assume the Ashburn Lease is hereby continued to **October 20, 2026 at 11:00 A.M.**

Date: Sep 15 2026

/s/ Brian F Kenney

**Hon. Brian F. Kenney**
**U.S. Bankruptcy Judge**

Entered On Docket: Sep 15 2026

**We Ask For This:**

/s/ Kevin M. O'Donnell
Kevin M. O'Donnell, VSB #30086
Henry & O'Donnell, P.C.
300 N. Washington Street
Suite 604
Alexandria, Virginia 22314
703-548-2100 *telephone*
703-548-2105 *facsimile*
kmo@henrylaw.com
*Counsel to the Debtors*

/s/ Christopher B. Bowman
Christopher B. Bowman (VA Bar 67977)
Miles & Stockbridge P.C.
1751 Pinnacle Dr., Suite 1500
Tysons Corner, VA 22102
T: 703-610-8620
cbowman@milesstockbridge.com
*Counsel for Ryans Park (E&A), LLC*

**Seen and No Objection:**

/s/ Lawrence A. Katz
Lawrence A. Katz
Hirschler
1676 International Drive, Suite 1350
Tysons, VA 22102-4940
(703) 584.8362 *telephone*
LKatz@hirschlerlaw.com
*Counsel to the Committee of Unsecured Creditors E*