**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | **Chapter 11** |
| | : | **(Jointly Administered)** |
| **NAVA HEALTH MD, INC., et al.,[1]** | : | |
| | : | **Case No. 26-10497-BFK** |
| **Debtors,** | : | |
| | : | |

**ORDER**

THIS MATTER having come before the Court on the motion of NAVA Health MD, LLC ("NHMD") and NAVA Health Medical Group, LLC ("NHMG", and together with NHMD, the "Debtors") seeking to assume certain unexpired leases of commercial property pursuant to 11 U.S.C. 365 (the "365 Motion"):

AND IT APPEARING that NHMG is party to that certain Net/Flex Warehouse Lease dated August 23, 2013 currently by and between NHMG as tenant and Merritt-CPP, LLC ("Merritt-CPP") as landlord for the Debtors' retail location in Columbia, Maryland (as amended from time to time, the "Columbia Lease"); that the Columbia Lease provides for NHMG's lease of commercial/retail premises for use as a retail location of the Debtors' health and wellness business and that the leased premises are located at 8880 McGaw Road, Suite B, Columbia, Maryland (the "Columbia Premises"); and that the Debtors are currently in possession of the Columbia Premises and have been conducting business operations from said premises since the Petition Date herein and that as of the Petition Date, the Debtors were in arrears on payment of

1 The debtors in these cases are NAVA Health MD, Inc., 26-104979-BFK and NAVA Health Medical Group, LLC, 26-10498-BFK.

rent for the Columbia Premises for the month of February, 2026 in the total amount of $17,901.18;

AND IT FURTHER APPEARING that NHMG is party to that certain Office Building Lease dated December 21, 2018 currently by and between NHMG as tenant and Elizabethean Court Associates II Limited Partnership ("ECA II") as landlord for the Debtors' retail location in Bethesda, Maryland (as amended from time to time, the "Bethesda Lease"); that the Bethesda Lease provided for NHMG's lease of commercial/retail premises for use as a retail location of the Debtors' health and wellness business and that the leased premises are located at 6410 Rockledge Drive, Suite 510, Bethesda, Maryland 20817 (the "Bethesda Premises"); that the Debtors are currently in possession of the Bethesda Premises and have been conducting business operations from said premises since the Petition Date herein and that as of the Petition Date, the Debtors were in arrears on payment of rent for the Bethesda Premises for portions of December, 2025 and the months of January and February, 2026 in the total amount of $25,536.69;

AND IT FURTHER APPEARING that each of Merritt-CPP and ECA II were duly served with notice of the 365 Motion, that no objections from either of Merritt-CPP or ECA II were filed or made to the 365 Motion, and that good cause otherwise exists to grant the relief requested by the Debtors in connection with the Columbia Lease and the Bethesda Lease as defined herein; then, for the reasons stated at hearing on this matter, it is hereby

ORDERED, that the NHMG's assumption of each of the Columbia Lease and the Bethesda Lease is hereby approved, and the Debtors are further ordered to effect a cure of pre-petition arrearages in the amounts as stated herein, by making cash payment of such amounts to

each of the Columbia Landlord and Bethesda Landlord not later than one year from the date of this Order.

Date: Sep 17 2026

/s/ Brian F Kenney

**Hon. Brian F. Kenney**
**United States Bankruptcy Judge**

Entered On Docket: Sep 17 2026

**I Ask For This:**

/s/ Kevin M. O'Donnell
Kevin M. O'Donnell, VSB #30086
Henry & O'Donnell, P.C.
300 N. Washington Street
Suite 604
Alexandria, Virginia 22314
703-548-2100 *telephone*
703-548-2105 *facsimile*
kmo@henrylaw.com
Counsel to the Debtors

**Seen and No Objection:**

/s/ Michael T. Freeman
Michael T. Freeman
Assistant U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

/s/ Lawrence A. Katz
Lawrence A. Katz
Hirschler
1676 International Drive, Suite 1350
Tysons, VA 22102-4940
(703) 584.8362 *telephone*
LKatz@hirschlerlaw.com
*Counsel to the Committee of Unsecured Creditors*